SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation
Hospitals, and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 3:23-cv-02865-EMC<br><br>**DECLARATION OF BARRY E. OSHAROW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**<br><br>**[REDACTED VERSION]**<br><br>*Filed concurrently with Motion, Decls. of Duane Walker, Karen Urban, and Wynter L. Deagle, and [Proposed] Order*<br><br>Date: March 14, 2024<br>Time: 1:30 p.m.<br>Courtroom.: 5<br><br>District Judge: Hon. Edward M. Chen<br>Magistrate Judge: Hon. Peter H. Kang<br>FAC Filed: September 15, 2023<br>Trial Date: Not Set |

DECLARATION OF BARRY E. OSHAROW

I, Barry E. Osharow declare as follows:

1. I have been employed by BeneSys, Inc. ("BeneSys) since 2007. I am currently employed as a Plan Manager and serve as the Plan Manager for the Teamsters and Food Employers Security Trust Fund (the "Trust") benefits program. I have personal knowledge of the facts set forth below. If called as a witness I could and would competently testify as follows.

2. Since December 1, 2012, BeneSys has served as the third party administrator of the Trust's health plan. In this role, BeneSys oversees the administration of the benefit plans that are provided to members of the Trust. As the third party administrator, BeneSys is responsible for management of the open enrollment process for benefits, including enrollment into the medical plans offered by Kaiser Foundation Health Plan, Inc. ("Kaiser") for the Trust's members.

3. During the annual open enrollment period for benefits, the Trust sends an enrollment package to each of its members. The physical mailing of the enrollment packages is performed by BeneSys. The enrollment package for each member includes various documents relating to the benefits offered through the Trust. Included each year in the enrollment package is the form that must be filled out to enroll in any of the Kaiser health care plans offered through the Trust (the "Trust Enrollment Form"). Since at least 2020, every Trust Enrollment Form has included Kaiser's arbitration agreement.

4. To enroll in a medical plan, a member fills out the Trust Enrollment Form and mails it back. Once BeneSys receives the mailed form, BeneSys processes enrollment into the health care plan that was selected by the member. BeneSys then provides a file to Kaiser containing the enrollment information for that enrollment period for each of the members who are enrolled in a health care plan offered by Kaiser.

5. Once a participant enrolls in a health care plan option provided through the Trust, their enrollment in that health care plan option continues until they either lose coverage or change their health care plan option during the annual open enrollment period. This means that if a member chooses not to change his or her elected benefits for a given plan year, the benefits will continue even if the employee does not actively make changes to or reaffirm his or her enrollment

choice.

6. The Trust Enrollment Forms and related enrollment records of each of the Trust's member enrollees, are stored and maintained in BeneSys's records in either hard copy or on a computer database, or both. The documents are stored and maintained in the ordinary course of business, and are retrieved and copies made therefrom as necessary.

7. In late January 2021, the Trust sent its enrollment package, including the Trust Enrollment Form, to the Trust's members including John Doe. The enrollment package for John Doe was mailed through U.S. mail by BeneSys and addressed to John Doe's address on file at the time.

8. On or about February 12, 2021, REDACTED [redacted] "John Doe"), completed and signed the Trust Enrollment Form, for enrollment in the Kaiser Permanente Traditional HMO Plan effective April 1, 2021. The executed Trust Enrollment Form was returned to BeneSys and received on February 18, 2021. A true and correct copy of the executed Trust Enrollment Form is attached hereto as **Exhibit A**. This document was stored, maintained, retrieved and copied by BeneSys in the manner described in paragraph 6.

9. After receiving his executed Trust Enrollment Form, BeneSys processed John Doe's enrollment in the Kaiser Permanente Traditional HMO Plan. As a result, his enrollment information was included in the enrollment file that BeneSys provided to Kaiser. John Doe's coverage under the Kaiser Permanente Traditional HMO Plan became effective on April 1, 2021.

10. On or about February 4, 2022, the Trust sent its enrollment package, including the then-current Trust Enrollment Form, to the Trust's members including John Doe. The enrollment package for John Doe was mailed through U.S. mail by BeneSys and addressed to John Doe's address on file at the time. Because John Doe took no action during open enrollment, he was automatically enrolled in same Kaiser medical plan for the next plan year starting April 1, 2022.

11. On or about January 27, 2023, the Trust sent its enrollment package, including the then-current Trust Enrollment Form, to the Trust's members including John Doe. The enrollment package for John Doe was mailed through U.S. mail by BeneSys and addressed to John Doe's address on file at the time. Because Plaintiff John Doe took no action during open enrollment, he

was automatically enrolled in same Kaiser medical plan for the current plan year which began on April 1, 2023.

12. Since April 1, 2021, John Doe has been continuously enrolled in the Kaiser Permanente Traditional HMO Plan.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day November, 2023, at West Covina, California.

DocuSigned by:

BEC2BEA502DD4FB...

Barry E. Osharow

# EXHIBIT A

EXHIBIT A

# TEAMSTERS AND FOOD EMPLOYERS SECURITY TRUST FUND

Date of Hire: 2/18/2019
Event Date: ______
Effective Date: ______

## ENROLLMENT FORM

ENROLLMENT/CHANGE REASON: ☐ New Hire/Enrollment ☒ ~~Open Enrollment~~ ☒ Plan Change ☐ Other

REDACTED
Name (Last, First, MI)

REDACTED
Social Security No.

REDACTED
Home Address

REDACTED
City

REDACTED
State

REDACTED
Zip

REDACTED
Date of Birth

Gender: ☒ Male ☐ Female Marital Status: ☒ Single ☐ Married ☐ Separated ☐ Widow Date of Event: ______

REDACTED
Phone Number

Stater Bros Market
Employer

2/18/2019
Date of Hire

63
Local Union#

**MEDICAL PLAN (Choose One):**

☐ ANTHEM BLUE CROSS (INDEMNITY PLAN)
☒ KAISER PERMANENTE HMO PLAN
(Active North Group# 850-0) (Active South Group# 100453-0)
☐ KAISER PERMANENTE HMO PLAN
(Retiree North Group# 850-1) (Retiree South Group# 100453-1)
☐ AETNA VALUE NETWORK HMO

**DENTAL PLAN (Choose One): For Active Members Only***

☒ COASTAL DENTAL (INDEMNITY PPO)
☐ LIBERTY DENTAL (DMO)

***If you are a retiree using this form to change your medical plan, there are no dental or vision benefits provided to you through the Plan.**

NOTE: IF YOU, YOUR SPOUSE OR ANY OF YOUR DEPENDENTS ARE ON MEDICARE, PLEASE INCLUDE A COPY OF YOUR MEDICARE CARD.

## DEPENDENTS - (Including Spouse)

(**ATTACH LEGAL DOCUMENTATION THAT APPLIES**: birth certificate(s), marriage certificate, adoption papers, divorce papers and proof of support)

| FULL LEGAL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | GENDER | RELATIONSHIP |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED
FEB 1 8 2021

**Kaiser Foundation Health Plan, Inc., Arbitration Agreement**

**I understand that (except for Small Claims Court cases, claims subject to a Medicare appeals procedure or the ERISA claims procedure regulation, and any other claims that cannot be subject to binding arbitration under governing law) any dispute between myself, my heirs, relatives, or other associated parties on the one hand and Kaiser Foundation Health Plan, Inc. (KFHP), any contracted health care providers, administrators, or other associated parties on the other hand, for alleged violation of any duty arising out of or related to membership in KFHP, including any claim for medical or hospital malpractice (a claim that medical services were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of legal theory, must be decided by binding arbitration under California law and not by lawsuit or resort to court process, except as applicable law provides for judicial review of arbitration proceedings. I agree to give up our right to a jury trial and accept the use of binding arbitration. I understand that the full arbitration provision is contained in the *Evidence of Coverage*.**

REDACTED

***Signature Required for Kaiser Permanente Plan*** 02/12/2021 **Date**

I agree to notify the Fund Office within 30 days of any changes to the above information. Further, I declare all the above information to be complete and correct. I understand that stating false or misleading information or the omission of material information could be grounds for denial of benefits.

**MEMBER SIGNATURE:** REDACTED **DATE:** 02/12/2021