SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 3:23-cv-02865-EMC<br><br>**DECLARATION OF KAREN E. URBAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**<br><br>*Filed concurrently with Motion, Decls. of Wynter L. Deagle, Duane Walker, and Barry Osharow, and [Proposed] Order*<br><br>Date: March 14, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>District Judge: Hon. Edward M. Chen<br>Magistrate Judge: Hon. Peter H. Kang<br>FAC Filed: September 15, 2023<br>Trial Date: Not Set |

DECLARATION OF KAREN E. URBAN

I, Karen E. Urban, declare as follows:

1. I am employed by Kaiser Foundation Health Plan, Inc. ("KFHP") as Vice President of Labor and Trust Fund Account, and have personal knowledge of the facts set forth below concerning the Teamsters & Food Employers Security Trust Fund (the "Trust") account. I have been employed by KFHP for over 23 years. From July 2018 through August 2021, I served as Area Vice President. Since July 2018, I have been responsible for the Trust account. If called as a witness I could and would competently testify as follows.

2. KFHP enters into an annual contract with Trust to provide KFHP memberships to eligible employees and annuitants, and their dependents (the "Group Agreement"). The terms of such Group Agreement, enrollment procedures, and evidence of coverage documents (including their arbitration provisions), are reviewed and approved by the Trust, through its Board, as part of the annual approval of the KFHP materials. Each year, as part of KFHP's negotiation with the Trust Board, KFHP prepares and submits to the Trust an Evidence of Coverage ("EOC") that states the material terms (including arbitration) of each type of coverage offered by KFHP to the Trust members for that year. The EOC advises enrollees that binding arbitration of claims is required and contains a complete description of the arbitration provision.

3. In accordance with long standing practice between KFHP and the Trust, the EOCs to which the Trust makes no objection or change are deemed approved for use in the appropriate year by KFHP. Forms to which objections or changes are made may not be used by KFHP unless and until such issues have been resolved to the satisfaction of the Trust Board.

4. Attached as **Exhibit A** to the declaration of Duane Walker, with Bates numbering Exhibit A-1 to Exhibit A-96, is a true and correct copy of the Kaiser Permanente Traditional HMO Plan Evidence of Coverage effective November 1, 2020 through October 31, 2021 for The Trust enrollees.

5. Attached as **Exhibit B** to the declaration of Duane Walker, with Bates numbering Exhibit B-1 to Exhibit B-98, is a true and correct copy of the Kaiser Permanente Traditional HMO Plan Evidence of Coverage effective November 1, 2021 through October 31, 2022 for The Trust

enrollees**.**

6. Attached as **Exhibit C** to the declaration of Duane Walker, with Bates numbering Exhibit C-1 to Exhibit C-101, is a true and correct copy of the Kaiser Permanente Traditional HMO Plan Evidence of Coverage effective November 1, 2022 through October 31, 2023 for the Trust's enrollees**.**

7. Attached as **Exhibit D** to the declaration of Duane Walker, with Bates numbering Exhibit D-1 to Exhibit D-38, is a true and correct copy of the Group Agreement entered into between KFHP and the Trust for the contract period November 1, 2020, through October 31, 2021.

8. Attached as **Exhibit E** to the declaration of Duane Walker, with Bates numbering Exhibit E-1 to Exhibit E-39, is a true and correct copy of the Group Agreement entered into between KFHP and the Trust for the contract period November 1, 2021, through October 31, 2022.

9. Attached as **Exhibit F** to the declaration of Duane Walker, with Bates numbering Exhibit F-1 to Exhibit F-40, is a true and correct copy of the Group Agreement entered into between KFHP and the Trust for the contract period November 1, 2022, through October 31, 2023.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of November, 2023, at South Pasadena, California.

DocuSigned by:

C3AAE30A884745C

Karen E. Urban