SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF WYNTER L. DEAGLE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**

**[REDACTED VERSION]**

*Filed concurrently with Motion, Decls. of Duane Walker, Karen Urban, and Barry Osharow, and [Proposed] Order*

Date: March 14, 2024
Time: 1:30 p.m.
Courtroom: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
FAC Filed: September 15, 2023
Trial Date: Not Set

**DECLARATION OF WYNTER L. DEAGLE**

I, Wynter L. Deagle, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Kaiser Foundation Health Plan, Inc. ("KFHP"), Kaiser Foundation Hospitals ("Hospitals"), and The Permanente Medical Group, Inc. ("TPMG") (together, "Defendants"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Kaiser's Motion to Compel Arbitration of Plaintiff John Doe's Claims Against Defendants and Request to Stay (the "Motion").

2. On July 20, 2023, I met and conferred with counsel for Plaintiffs by telephone regarding case management, including the instant Motion to Compel Arbitration with regard to John Doe.

3. On July 26, 2023, counsel for Plaintiffs informed Defendants' counsel of their position that John Doe did not agree to arbitrate any of the claims asserted in the Complaint and requested that Defendants' counsel provide them with the contract containing the arbitration clause on which Defendants rely for this Motion. That same day, I provided counsel for Plaintiffs with the Evidence of Coverage, the contract containing the arbitration clause on which Defendants rely for this Motion. A true and correct copy of the email from counsel for Plaintiffs to Defendants' counsel on July 26, 2023, informing Defendants' counsel of their position and requesting the contract, is attached hereto as **Exhibit A**. A true and correct copy of my email to counsel for Plaintiffs on July 26, 2023, attaching the Evidence of Coverage, is attached hereto as **Exhibit B**.

4. On November 6, 2023, I sent an email to counsel for Plaintiffs requesting that they confirm their position and verify that John Doe would not agree to withdraw his claims and submit them to arbitration. On November 7, 2023, counsel for Plaintiffs responded, indicating that they intend to oppose the instant Motion to Compel Arbitration with regard to John Doe. Accordingly, the parties did not reach an agreement resolving the issues raised in the Motion filed herewith. A

true and correct copy of my email to counsel for Plaintiffs on November 6, 2023, requesting that they confirm their position, is attached hereto as **Exhibit C**. A true and correct copy of the email from counsel for Plaintiffs to Defendants' counsel on November 7, 2023, confirming their position, is attached hereto as **Exhibit D**.

5. Exhibits A-G to the Declaration of Duane Walker in support of the Motion filed herewith are Bates numbered Exhibit A-1 to A-96; Exhibit B-1 to B-98; Exhibit C-1 to C-101; Exhibit D-1 to D-38; Exhibit E-1 to E-39; Exhibit F-1 to F-40; and Exhibit G-1 respectively. Bates numbers were added in order to avoid confusion, as the documents contain certain pages that are not numbered and/or instances of repeat pagination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of November, 2023, at San Diego, California.

*<u>/s/ Wynter L. Deagle</u>*
Wynter L. Deagle

# EXHIBIT A

EXHIBIT A

**From:** Tyler S. Graden
**To:** Wynter Deagle
**Cc:** Melissa Yeates; Kevin Cooper; Zachary Jacobs; Jordan Jacobson; Anne-Marie Dao; Tenaya Rodewald
**Subject:** RE: Doe v. Kaiser
**Date:** Wednesday, July 26, 2023 1:09:05 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image009.png
image010.png
image011.png

Wynter,

Both named plaintiffs will remain in the Amended Complaint. We are currently evaluating what additional claims will be added, but the Amended Complaint will, at a minimum, include claims that Kaiser is unlawfully allowing third parties to intercept confidential communications through the Kaiser App.

With respect to the arbitration issue, there is no basis to withhold the arbitration provision you referenced in our meet and confer. To be clear, the CA plaintiff will remain the same and did not agree to arbitrate any of the claims asserted in the complaint. Therefore, we reiterate our request that you promptly provide us with a copy of the purported arbitration agreement that Kaiser claims exists. Please also let us know when you will have a response to us on the draft Protective Order.

Thanks,
Tyler

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Wednesday, July 26, 2023 3:47 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

Hello Tyler,

We will talk to our client, review our schedules and propose a response date. I suggest we do this as a stipulated briefing schedule that the court can approve for the responsive pleading. That way we can also get pre-approved additional time for your opposition.

In terms of the complaint, will you be adding or substituting plaintiffs? If so, which jurisdictions will they be located in and which, if any, plaintiffs will be replaced?

In addition, there is no "California arbitration" language that is standard for Kaiser. The named plaintiff in this case agreed to a particular arbitration provision. Once we review your amended complaint, I will provide that assuming the California Plaintiff remains the same and we believe the claims continue to be arbitrable.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 11:50 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

My apologies for the delay as we were coordinating schedules on this end. Plaintiffs intend to file an Amended Complaint by September 15. Please let us know how much time Kaiser needs to respond to the Amended Complaint and we can agree to a stipulation like we did in the prior case keying off briefing from the filing of the Amended Complaint.

Please also let us know when you will have a response to us on the proposed Protective Order language and when you will be sending the California Arbitration language, which we discussed last week and expected would be provided this week.

Thanks,
Tyler

---

**From:** Tyler S. Graden
**Sent:** Tuesday, July 25, 2023 2:26 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao

<ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Thank you for your patience. We will have a response to you tomorrow.

Thanks again,
Tyler

---

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Tuesday, July 25, 2023 2:24 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler and Team,

I am following up again regarding our request for an extension and your proposed scheduling order. We would appreciate a response today so that we can either put the stipulation together.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 5:48 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

I am following up on our discussion Friday regarding our request for a two week extension and discussion concerning agreeing to a scheduling order. You indicated we would receive a response today. Would you kindly provide your proposed response date so that we may put the stipulated joint motion and proposed order together.

Best,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 10:27 AM
**To:** Tyler S. Graden <tgraden@ktmc.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

Below please find the instructions for submission of HIPAA requests for medical records and accounting of disclosures. Please copy me and Tenaya on all such email requests and include a HIPAA release if the request will be submitted by counsel as opposed to the patient.

| Region | Medical Records Request | Accounting of Disclosures Request |
|---|---|---|
| **WA** | Send request to kpwa-roi@kp.org<br>Cc: theajoyce.m.natividad@kp.org | KPWA.PrivacyOffice@kp.org |
| **SCAL** | Send request to centralroiunit@kp.org<br>Cc: John.D.George@kp.org | Jonathan.M.Huerta@kp.org<br>Cc: April.A.Ten@kp.org |

We expect to send over the Explanation of Coverage this afternoon as well.

In the meantime, as we discussed on Friday, would you kindly send us your proposed schedule for the Motion to Dismiss and Motion to Compel Arbitration, assuming a filing date of September 1.

Thank you,
Wynter
**Wynter L. Deagle**
+1 858-720-8947 | direct

WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Monday, July 24, 2023 9:27 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** Doe v. Kaiser

Wynter,

Following up on our call last week, can you please send us the information for the HIPAA officer with whom Kaiser wants us to communicate the disclosure request we previously sent? Tenaya indicated that the info would be sent last week but we haven't seen it yet.

As also discussed, please let us know when you plan to send the EOB booklet that contains the arbitration language you intend to rely on with respect to our California plaintiff.

Thanks,
Tyler

______________________________________________

**Tyler Graden, Counsel**
KESSLER TOPAZ MELTZER CHECK LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: (610) 822-2227
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: tgraden@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT

The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# EXHIBIT B

EXHIBIT B

| | |
|---|---|
| **From:** | Wynter Deagle |
| **To:** | Tyler S. Graden |
| **Cc:** | Melissa Yeates; Kevin Cooper; Zachary Jacobs; Jordan Jacobson; Anne-Marie Dao; Tenaya Rodewald; Dane Brody Chanove; Nolan Walter |
| **Subject:** | RE: Doe v. Kaiser |
| **Date:** | Wednesday, July 26, 2023 4:07:13 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>REDACTE - 2023 Teamsters EOC.pdf<br>image006.png<br>image007.png<br>image008.png |

Hi Tyler,

We obviously disagree with your assertion that the California named plaintiff did not agree to arbitrate. While we have no obligation to provide the arbitration provision in advance, now that you have confirmed that the current plaintiff will remain in the lawsuit, we are willing to do so out of courtesy. It is attached.

As to the schedule, we propose the following:

Plaintiffs to file FAC: September 15, 2023
Kaiser Motions to be filed: November 14, 2023 (60 days)
Oppositions: January 15, 2024 (I assumed 60 days for you given the holiday)
Reply: February 14, 2023 (30 days)

Please let us know if you agree and we will put the stipulation together. In addition, please advise as to when you intend to file your motion to proceed anonymously.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 1:09 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Both named plaintiffs will remain in the Amended Complaint. We are currently evaluating what additional claims will be added, but the Amended Complaint will, at a minimum, include claims that Kaiser is unlawfully allowing third parties to intercept confidential communications through the Kaiser App.

With respect to the arbitration issue, there is no basis to withhold the arbitration provision you referenced in our meet and confer. To be clear, the CA plaintiff will remain the same and did not agree to arbitrate any of the claims asserted in the complaint. Therefore, we reiterate our request that you promptly provide us with a copy of the purported arbitration agreement that Kaiser claims exists. Please also let us know when you will have a response to us on the draft Protective Order.

Thanks,
Tyler

---

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Wednesday, July 26, 2023 3:47 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler,

We will talk to our client, review our schedules and propose a response date. I suggest we do this as a stipulated briefing schedule that the court can approve for the responsive pleading. That way we can also get pre-approved additional time for your opposition.

In terms of the complaint, will you be adding or substituting plaintiffs? If so, which jurisdictions will they be located in and which, if any, plaintiffs will be replaced?

In addition, there is no “California arbitration” language that is standard for Kaiser. The named plaintiff in this case agreed to a particular arbitration provision. Once we review your amended complaint, I will provide that assuming the California Plaintiff remains the same and we believe the claims continue to be arbitrable.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 11:50 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

My apologies for the delay as we were coordinating schedules on this end. Plaintiffs intend to file an Amended Complaint by September 15. Please let us know how much time Kaiser needs to respond to the Amended Complaint and we can agree to a stipulation like we did in the prior case keying off briefing from the filing of the Amended Complaint.

Please also let us know when you will have a response to us on the proposed Protective Order language and when you will be sending the California Arbitration language, which we discussed last week and expected would be provided this week.

Thanks,
Tyler

---

**From:** Tyler S. Graden
**Sent:** Tuesday, July 25, 2023 2:26 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Thank you for your patience. We will have a response to you tomorrow.

Thanks again,
Tyler

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Tuesday, July 25, 2023 2:24 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

Hello Tyler and Team,

I am following up again regarding our request for an extension and your proposed scheduling order. We would appreciate a response today so that we can either put the stipulation together.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 5:48 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

I am following up on our discussion Friday regarding our request for a two week extension and discussion concerning agreeing to a scheduling order. You indicated we would receive a response today. Would you kindly provide your proposed response date so that we may put the stipulated joint motion and proposed order together.

Best,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 10:27 AM
**To:** Tyler S. Graden <tgraden@ktmc.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

Below please find the instructions for submission of HIPAA requests for medical records and accounting of disclosures. Please copy me and Tenaya on all such email requests and include a HIPAA release if the request will be submitted by counsel as opposed to the patient.

| Region | Medical Records Request | Accounting of Disclosures Request |
|---|---|---|
| WA | Send request to kpwa-roi@kp.org<br>Cc: theajoyce.m.natividad@kp.org | KPWA.PrivacyOffice@kp.org |
| SCAL | Send request to centralroiunit@kp.org<br>Cc: John.D.George@kp.org | Jonathan.M.Huerta@kp.org<br>Cc: April.A.Ten@kp.org |

We expect to send over the Explanation of Coverage this afternoon as well.

In the meantime, as we discussed on Friday, would you kindly send us your proposed schedule for the Motion to Dismiss and Motion to Compel Arbitration, assuming a filing date of September 1.

Thank you,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Monday, July 24, 2023 9:27 AM

**To:** Wynter Deagle <WDeagle@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** Doe v. Kaiser

Wynter,

Following up on our call last week, can you please send us the information for the HIPAA officer with whom Kaiser wants us to communicate the disclosure request we previously sent? Tenaya indicated that the info would be sent last week but we haven't seen it yet.

As also discussed, please let us know when you plan to send the EOB booklet that contains the arbitration language you intend to rely on with respect to our California plaintiff.

Thanks,
Tyler

**Tyler Graden, Counsel**
KESSLERTOPAZ MELTZERCHECK LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: (610) 822-2227
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: tgraden@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail

and delete the message and any attachments.

# EXHIBIT C

EXHIBIT C

| | |
|---|---|
| **From:** | Wynter Deagle |
| **To:** | Tyler S. Graden |
| **Cc:** | Melissa Yeates; Kevin Cooper; Zachary Jacobs; Jordan Jacobson; Anne-Marie Dao; Tenaya Rodewald; Dane Brody Chanove; Nolan Walter |
| **Subject:** | RE: Doe v. Kaiser |
| **Date:** | Monday, November 6, 2023 6:48:43 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image009.png<br>image010.png<br>image011.png |

Hello Tyler,

I am writing to confirm whether Plaintiff John Doe is maintaining his position and will not agree to withdraw his claims and submit them to arbitration. You previously indicated that he would not but that was before I provided the Evidence of Coverage containing the agreement. For the sake of closing the loop here as our deadline to file a motion to compel is next week, would you kindly confirm.

Best,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Wynter Deagle
**Sent:** Wednesday, July 26, 2023 4:07 PM
**To:** 'Tyler S. Graden' <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>; Dane Brody Chanove <DBrodyChanove@sheppardmullin.com>; Nolan Walter <NWalter@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Hi Tyler,

We obviously disagree with your assertion that the California named plaintiff did not agree to arbitrate. While we have no obligation to provide the arbitration provision in advance, now that you have confirmed that the current plaintiff will remain in the lawsuit, we are willing to do so out of courtesy. It is attached.

As to the schedule, we propose the following:

Plaintiffs to file FAC: September 15, 2023
Kaiser Motions to be filed: November 14, 2023 (60 days)
Oppositions: January 15, 2024 (I assumed 60 days for you given the holiday)
Reply: February 14, 2023 (30 days)

Please let us know if you agree and we will put the stipulation together. In addition, please advise as to when you intend to file your motion to proceed anonymously.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 1:09 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Both named plaintiffs will remain in the Amended Complaint. We are currently evaluating what additional claims will be added, but the Amended Complaint will, at a minimum, include claims that Kaiser is unlawfully allowing third parties to intercept confidential communications through the Kaiser App.

With respect to the arbitration issue, there is no basis to withhold the arbitration provision you referenced in our meet and confer. To be clear, the CA plaintiff will remain the same and did not agree to arbitrate any of the claims asserted in the complaint. Therefore, we reiterate our request that you promptly provide us with a copy of the purported arbitration agreement that Kaiser claims exists. Please also let us know when you will have a response to us on the draft Protective Order.

Thanks,
Tyler

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Wednesday, July 26, 2023 3:47 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler,

We will talk to our client, review our schedules and propose a response date. I suggest we do this as a stipulated briefing schedule that the court can approve for the responsive pleading. That way we can also get pre-approved additional time for your opposition.

In terms of the complaint, will you be adding or substituting plaintiffs? If so, which jurisdictions will they be located in and which, if any, plaintiffs will be replaced?

In addition, there is no “California arbitration” language that is standard for Kaiser. The named plaintiff in this case agreed to a particular arbitration provision. Once we review your amended complaint, I will provide that assuming the California Plaintiff remains the same and we believe the claims continue to be arbitrable.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 11:50 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

My apologies for the delay as we were coordinating schedules on this end. Plaintiffs intend to file an Amended Complaint by September 15. Please let us know how much time Kaiser needs to respond to the Amended Complaint and we can agree to a stipulation like we did in the prior case keying off briefing from the filing of the Amended Complaint.

Please also let us know when you will have a response to us on the proposed Protective Order language and when you will be sending the California Arbitration language, which we discussed last week and expected would be provided this week.

Thanks,
Tyler

---

**From:** Tyler S. Graden
**Sent:** Tuesday, July 25, 2023 2:26 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Thank you for your patience. We will have a response to you tomorrow.

Thanks again,
Tyler

---

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Tuesday, July 25, 2023 2:24 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler and Team,

I am following up again regarding our request for an extension and your proposed scheduling order. We would appreciate a response today so that we can either put the stipulation together.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 5:48 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

I am following up on our discussion Friday regarding our request for a two week extension and discussion concerning agreeing to a scheduling order. You indicated we would receive a response today. Would you kindly provide your proposed response date so that we may put the stipulated joint motion and proposed order together.

Best,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 10:27 AM
**To:** Tyler S. Graden <tgraden@ktmc.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

Below please find the instructions for submission of HIPAA requests for medical records and

accounting of disclosures. Please copy me and Tenaya on all such email requests and include a HIPAA release if the request will be submitted by counsel as opposed to the patient.

| **Region** | **Medical Records Request** | **Accounting of Disclosures Request** |
|---|---|---|
| **WA** | Send request to kpwa-roi@kp.org<br>Cc: theajoyce.m.natividad@kp.org | KPWA.PrivacyOffice@kp.org |
| **SCAL** | Send request to centralroiunit@kp.org<br>Cc: John.D.George@kp.org | Jonathan.M.Huerta@kp.org<br>Cc: April.A.Ten@kp.org |

We expect to send over the Explanation of Coverage this afternoon as well.

In the meantime, as we discussed on Friday, would you kindly send us your proposed schedule for the Motion to Dismiss and Motion to Compel Arbitration, assuming a filing date of September 1.

Thank you,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Monday, July 24, 2023 9:27 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** Doe v. Kaiser

Wynter,

Following up on our call last week, can you please send us the information for the HIPAA officer with whom Kaiser wants us to communicate the disclosure request we previously sent? Tenaya indicated that the info would be sent last week but we haven't seen it yet.

As also discussed, please let us know when you plan to send the EOB booklet that contains the arbitration language you intend to rely on with respect to our California plaintiff.

Thanks,
Tyler

---

**Tyler Graden, Counsel**

KESSLERTOPAZ MELTZERCHECK LLP

280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: (610) 822-2227
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: tgraden@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# EXHIBIT D

EXHIBIT D

**From:** Tyler S. Graden
**To:** Wynter Deagle
**Cc:** Melissa Yeates; Kevin Cooper; Zachary Jacobs; Jordan Jacobson; Anne-Marie Dao; Tenaya Rodewald; Dane Brody Chanove; Nolan Walter
**Subject:** RE: Doe v. Kaiser
**Date:** Tuesday, November 7, 2023 12:55:49 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png

---

Wynter, we intend to oppose Kaiser's forthcoming motion to compel arbitration.

Thanks,
Tyler

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, November 6, 2023 9:49 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>; Dane Brody Chanove <DBrodyChanove@sheppardmullin.com>; Nolan Walter <NWalter@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler,

I am writing to confirm whether Plaintiff John Doe is maintaining his position and will not agree to withdraw his claims and submit them to arbitration. You previously indicated that he would not but that was before I provided the Evidence of Coverage containing the agreement. For the sake of closing the loop here as our deadline to file a motion to compel is next week, would you kindly confirm.

Best,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Wynter Deagle
**Sent:** Wednesday, July 26, 2023 4:07 PM
**To:** 'Tyler S. Graden' <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>; Dane Brody Chanove <DBrodyChanove@sheppardmullin.com>; Nolan Walter <NWalter@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Hi Tyler,

We obviously disagree with your assertion that the California named plaintiff did not agree to arbitrate. While we have no obligation to provide the arbitration provision in advance, now that you have confirmed that the current plaintiff will remain in the lawsuit, we are willing to do so out of courtesy. It is attached.

As to the schedule, we propose the following:

Plaintiffs to file FAC: September 15, 2023
Kaiser Motions to be filed: November 14, 2023 (60 days)
Oppositions: January 15, 2024 (I assumed 60 days for you given the holiday)
Reply: February 14, 2023 (30 days)

Please let us know if you agree and we will put the stipulation together. In addition, please advise as to when you intend to file your motion to proceed anonymously.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 1:09 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Both named plaintiffs will remain in the Amended Complaint. We are currently evaluating what additional claims will be added, but the Amended Complaint will, at a minimum, include claims that Kaiser is unlawfully allowing third parties to intercept confidential communications through the Kaiser App.

With respect to the arbitration issue, there is no basis to withhold the arbitration provision you referenced in our meet and confer. To be clear, the CA plaintiff will remain the same and did not agree to arbitrate any of the claims asserted in the complaint. Therefore, we reiterate our request that you promptly provide us with a copy of the purported arbitration agreement that Kaiser claims exists. Please also let us know when you will have a response to us on the draft Protective Order.

Thanks,
Tyler

---

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Wednesday, July 26, 2023 3:47 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler,

We will talk to our client, review our schedules and propose a response date. I suggest we do this as a stipulated briefing schedule that the court can approve for the responsive pleading. That way we can also get pre-approved additional time for your opposition.

In terms of the complaint, will you be adding or substituting plaintiffs? If so, which jurisdictions will they be located in and which, if any, plaintiffs will be replaced?

In addition, there is no “California arbitration” language that is standard for Kaiser. The named plaintiff in this case agreed to a particular arbitration provision. Once we review your amended complaint, I will provide that assuming the California Plaintiff remains the same and we believe the claims continue to be arbitrable.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct

WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Wednesday, July 26, 2023 11:50 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

My apologies for the delay as we were coordinating schedules on this end. Plaintiffs intend to file an Amended Complaint by September 15. Please let us know how much time Kaiser needs to respond to the Amended Complaint and we can agree to a stipulation like we did in the prior case keying off briefing from the filing of the Amended Complaint.

Please also let us know when you will have a response to us on the proposed Protective Order language and when you will be sending the California Arbitration language, which we discussed last week and expected would be provided this week.

Thanks,
Tyler

---

**From:** Tyler S. Graden
**Sent:** Tuesday, July 25, 2023 2:26 PM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Wynter,

Thank you for your patience. We will have a response to you tomorrow.

Thanks again,
Tyler

---

**From:** Wynter Deagle [mailto:WDeagle@sheppardmullin.com]
**Sent:** Tuesday, July 25, 2023 2:24 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

***External E-Mail***

---

Hello Tyler and Team,

I am following up again regarding our request for an extension and your proposed scheduling order. We would appreciate a response today so that we can either put the stipulation together.

Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 5:48 PM
**To:** Tyler S. Graden <tgraden@ktmc.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>; Anne-Marie Dao <ADao@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

I am following up on our discussion Friday regarding our request for a two week extension and discussion concerning agreeing to a scheduling order. You indicated we would receive a response today. Would you kindly provide your proposed response date so that we may put the stipulated joint motion and proposed order together.

Best,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct

WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Wynter Deagle <WDeagle@sheppardmullin.com>
**Sent:** Monday, July 24, 2023 10:27 AM
**To:** Tyler S. Graden <tgraden@ktmc.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** RE: Doe v. Kaiser

Hello Tyler,

Below please find the instructions for submission of HIPAA requests for medical records and accounting of disclosures. Please copy me and Tenaya on all such email requests and include a HIPAA release if the request will be submitted by counsel as opposed to the patient.

| Region | Medical Records Request | Accounting of Disclosures Request |
|---|---|---|
| **WA** | Send request to kpwa-roi@kp.org<br>Cc: theajoyce.m.natividad@kp.org | KPWA.PrivacyOffice@kp.org |
| **SCAL** | Send request to centralroiunit@kp.org<br>Cc: John.D.George@kp.org | Jonathan.M.Huerta@kp.org<br>Cc: April.A.Ten@kp.org |

We expect to send over the Explanation of Coverage this afternoon as well.

In the meantime, as we discussed on Friday, would you kindly send us your proposed schedule for the Motion to Dismiss and Motion to Compel Arbitration, assuming a filing date of September 1.

Thank you,
Wynter

**Wynter L. Deagle**
+1 858-720-8947 | direct
WDeagle@sheppardmullin.com | Bio

**SheppardMullin**
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
+1 858-720-8900 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Tyler S. Graden <tgraden@ktmc.com>
**Sent:** Monday, July 24, 2023 9:27 AM
**To:** Wynter Deagle <WDeagle@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>

**Cc:** Melissa Yeates <myeates@ktmc.com>; Kevin Cooper <KCooper@carellabyrne.com>; Zachary Jacobs <ZJacobs@carellabyrne.com>; Jordan Jacobson <JJacobson@ktmc.com>
**Subject:** Doe v. Kaiser

Wynter,

Following up on our call last week, can you please send us the information for the HIPAA officer with whom Kaiser wants us to communicate the disclosure request we previously sent? Tenaya indicated that the info would be sent last week but we haven't seen it yet.

As also discussed, please let us know when you plan to send the EOB booklet that contains the arbitration language you intend to rely on with respect to our California plaintiff.

Thanks,
Tyler

**Tyler Graden, Counsel**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: (610) 822-2227
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: tgraden@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.