SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF BILL D. VOURTHIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' PRELIMINARY INJUNCTION MOTION**

*Filed concurrently with Opposition, Decl. of James Vint, and [Proposed] Order*

Date: December 21, 2023
Time: 1:30 p.m.
Courtroom: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
FAC Filed: September 15, 2023
Trial Date: Not Set

# DECLARATION OF BILL D. VOURTHIS

I, Bill D. Vourthis, declare as follows:

1. I am employed by Kaiser Foundation Health Plan, Inc. ("KFHP") as Executive Director, Privacy Security and Technology Compliance. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Preliminary Injunction Motion.

2. KFHP is the owner and operator of the website located at http://healthy.kaiserpermanente.org (the "Website"). KFHP is also the owner and operator of the Kaiser Permanente mobile application and Kaiser Permanente Washington mobile application (each an "App" and collectively, the "Apps"). In August 2023, KFHP started the process of removing certain internet technologies provided by Adobe, Bing, Google, Twitter, and Quantum Metric from the Website and Apps.

**A. Removal of internet technologies from the Website.**

3. To the extent they were installed, KFHP removed certain internet technologies provided by Adobe, Bing, Google, Twitter, and Quantum Metric from the Website by: (1) disabling the technologies through a tag manager tool; (2) deleting the source code installed on the Website relating to these technologies; or (3) modifying the coding or Website to prevent the tool from being launched or invoked. KFHP completed removal of these technologies from the Website on or about November 7, 2023.

**B. Removal of internet technologies from the Apps.**

4. To the extent they were installed, KFHP also removed certain internet technologies provided by Adobe, Bing, Google, Twitter, and Quantum Metric from the Apps by: (1) disabling the technologies through a tag manager tool; (2) deleting the code installed on the Apps relating to these technologies; or (3) modifying the coding or Apps to prevent the tool from being launched or invoked. To effectuate these changes, KFHP released new versions of the Apps.

5. The new version of the Kaiser Permanente App was released in the Google Play Store (for Android devices) on October 31, 2023, and in the Apple App Store (for iOS devices) on

November 1, 2023. Following these deployments, all users were required to implement the upgrade to the latest App version to be able to sign-in to the Kaiser Permanente App by November 10, 2023. Accordingly, removal of the internet technologies from the Kaiser Permanente App was completed on November 10, 2023.

6. On or about November 10, 2023, a new version of the Kaiser Permanente Washington App was released on the Apple App Store and the Google Play Store. Following these deployments, all users were required to upgrade to the latest App version to be able to sign-in to the Kaiser Permanente Washington App by November 13, 2023. Accordingly, removal of the internet technologies from the Kaiser Permanente Washington App was completed on November 13, 2023.

**C. Essential internet technologies were not removed from the Website or Apps.**

7. KFHP did not remove certain source code from Adobe that is essential for the functioning of the Website and Apps That source code serves as the content management and delivery system for the Website and Apps. KFHP uses it to maintain page content and to load page content to the Website and Apps. If KFHP removes this code, KFHP will not be able to provide any content on its Website or Apps. If that occurs, the Website and Apps will no longer be functional and will not be able to be used by members of the public or by any enrollees in one of the health plans offered by KFHP (the "Kaiser Plan Members) to access information or healthcare services.

8. KFHP also did not remove certain source code from Google that provides information to users about where health care services are available, such as an interactive map depicting facilities in a certain zip code and directions to and from a website users' location, when a user chooses to search for that information. That source code is required to allow Kaiser Plan Members to select a pharmacy for prescription pick-ups when choosing to place prescription orders online. If KFHP removes it, there will be no ability for users to obtain directions to health facilities or maps of depicting local facilities or to select a pharmacy to fill a prescription.

9. On or about September 14, 2023, KFHP completed its migration of the Dynatrace technology to the on-premise deployment model offered by Dynatrace. As such, all Website and

App visitor data is collected and stored solely in KFHP's on-premises server. No Website or App visitor data is disclosed to Dynatrace.

**D. Banners implemented on the Website and Apps.**

10. KFHP has also implemented a consent banner on the pages of the Website which informs Website visitors that: Kaiser Permanente uses web tracking technologies on this site and may share such data with its third parties to enhance your experience and optimize our ability to make users aware of our services. By navigating the site, you agree to the use of these web technologies as described in our Privacy Statement." Attached as **Exhibit 1** is a print out of the Site homepage showing the banner that is now in place. The banner will remain until the Website visitor either clicks on the "X" to manually close the banner or clicks on the link to the Privacy Statement. A user cannot navigate to any of the Site's pages until the user clicks the "X" or views the Privacy Statement.

11. KFHP also implemented two permanent banners on the new versions of each of the Apps. When a user opens the new version of the Kaiser Permanente App, a permanent banner is displayed at the top of the log-in page. This banner is permanent, meaning it stays on the log-in page. This banner informs users that: "Kaiser Permanente uses tracking technologies in this application and may share data with its third parties. By using this application, you agree to the use of these technologies as described in our Privacy Statement." A second permanent banner is on the home page of the App and contains the same wording. Attached as **Exhibit 2** is a screenshot of log-in page of the Kaiser Permanente App showing the banner. Attached as **Exhibit 3** is a screenshot of the homepage of the Kaiser Permanente App showing the banner, with the user's name redacted.

12. When a user opens the new version of the Kaiser Permanente Washington App, a permanent banner is displayed at the top of the log-in page. This banner is permanent, meaning it stays on the log-in page. This banner informs users that: "Kaiser Permanente uses tracking technologies in this application and may share data with its third parties to enhance your experience. By using this application, you agree to the use of these technologies as described in our Privacy Statement." A second permanent banner is on the home page of the App and contains

the same wording. Attached as **Exhibit 4** is a screenshot of log-in page of the Kaiser Permanente Washington App showing the banner. Attached as **Exhibit 5** is a screenshot of the homepage of the Kaiser Permanente Washington App showing the banner, with the user's name redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of November, 2023, at Redwood City, California.

Bill D. Vourthis

# EXHIBIT 1

EXHIBIT 1

Custom Care & Coverage Just F ×

healthy.kaiserpermanente.org/southern-california/front-door

Region California - Souther... ...okers Employers

KAISER PE... ...egister Sign In

Learn Shop Plans ... Search

Kaiser Permanente uses web tracking technologies on this site and may share such data with its third parties to enhance your experience and optimize our ability to make users aware of our services. By navigating the site, you agree to the use of these web technologies as described in our Privacy Statement

Close

COVID-19 vaccines are now available. Learn how you can get your COVID-19 vaccine or flu shot.



**Today's suggestions:**

COVID-19 vaccine | Get a flu shot | COVID-19 testing | Medicaid renewal | Find a doctor | Mental health services | Pharmacy | Shop plans

## Get care that supports you — mind and body

Members can access a broad range of mental



Website Feedback

Type here to search

# EXHIBIT 2

EXHIBIT 2


10:07
Kaiser Permanente uses tracking technologies in this application and may share data with its third parties to enhance your experience. By using this application, you agree to the use of these technologies as described in our Privacy Statement.
KAISER PERMANENTE®
Face Not Recognized
Try Again
Try Face ID Again
Cancel
Face ID
Register
Find a Facility
Find a Doctor
Pay Bills
Contact Us

# EXHIBIT 3

EXHIBIT 3


10:08
KAISER PERMANENTE.
Hi, REDACTED [redacted]
Kaiser Permanente uses tracking technologies in this application and may share data with its third parties to enhance your experience. By using this application, you agree to the use of these technologies as described in our Privacy Statement.
Your New Appointment Ticket
Your care team has created an appointment ticket for you.
Schedule Your Appointment
Get Care
4
Home
Messages
Medical Record

# EXHIBIT 4

EXHIBIT 4

3:58 97%

Kaiser Permanente uses tracking technologies in this application and may share data with its third parties to enhance your experience. By using this application, you agree to the use of these technologies as described in our Privacy Statement. >

KAISER PERMANENTE®



Sign In

Biometric Sign In

Register

Find a Facility

Find a Doctor

# EXHIBIT 5

EXHIBIT 5

2:58 97%

KAISER PERMANENTE®

4

## Important

Kaiser Permanente uses tracking technologies in this application and may share data with its third parties to enhance your experience. By using this application, you agree to the use of these technologies as described in our Privacy Statement.

**My Reminders:** You have 1 new tasks in the **My Reminders** Section.

# Hi, REDACTED [redacted]

## How can we help you?

**COVID-19 (Coronavirus)**

Get information about testing,vaccines and care.

**Get care now**

You have many ways to get care when and where it works for you.

Home | Medications | Records | My Plan | ID Card