1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN 224018)
2    bhur@willkie.com
   SIMONA A. AGNOLUCCI (SBN 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN 281668)
4    esantacana@willkie.com
   DAVID D. DOAK (SBN 301319)
5    ddoak@willkie.com
   ISABELLA MCKINLEY CORBO (SBN 346226)
6    icorbo@willkie.com
   333 Bush Street, 34th Floor
7  San Francisco, CA  94104
   Telephone: (415) 858-7400
8

9  Attorneys for Specially Appearing Non-Party
10 **GOOGLE LLC**

11                    UNITED STATES DISTRICT COURT

12       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

| 14 JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | Case No. 3:23-cv-02865-EMC<br><br>STATEMENT IN SUPPORT OF KAISER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Ctrm:        5, 17th Floor<br>Judge:       Hon. Edward M. Chen Magistrate<br><br>SAC filed:   May 9, 2024<br>Trial date:  October 27, 2025 |
|---|---|
| CHRISTOPHER NEWTON, CHRISTA VITAL, SCOTT SCHUTZA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, META PLATFORMS INC., a Delaware Corporation, | **RELATED ACTION**<br>Case No. 3:24-cv-03625-TSH<br><br>Removed from Alameda  Superior Court Case No. 24CV073453<br><br>Magistrate Judge:      Hon. Thomas S. Hixson<br><br>Current Action Filed: April 29, 2024<br>Removal Filed:        June 14, 2024 |

| | |
|---|---|
| GOOGLE LLC, a Delaware Limited Liability Company, and DOES 1 through 100, Inclusive,<br><br>Defendants. | . |
| ALEXIS SUTTER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | **RELATED ACTION**<br>Case No.: 3:24-03352-JCS<br><br>Magistrate Judge:   Hon. Joseph C. Spero<br><br>Current Action Filed: June 4, 2024 |

Google, LLC ("Google") hereby submits this Statement in Support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Statement" and the "Administrative Motion," respectively) filed by Defendants Kaiser Foundation Health Plan, Inc. ("KFHP"), Kaiser Foundation Hospitals ("Hospitals"), and Kaiser Foundation Health Plan of Washington ("KPWA") (collectively "Kaiser") (ECF No. 173).

On June 21, 2024, Kaiser filed the Administrative Motion, seeking to relate this action (the "*Doe v. Kaiser* Action") to *Christopher Newton, et al. v. Kaiser Foundation Health Plan, Inc.*, et al., Case No. 24-cv-03625-TSH (the "*Newton* Action") and *Alexis Sutter v. Kaiser Foundation Health Plan.*, Case No. 3:24-cv-03352-JCS (the "*Sutter* Action"), both pending in this Court. Google is Kaiser's co-defendant in the *Newton* Action, and is thus interested in the outcome of Kaiser's Administrative Motion insofar as it affects the litigation of the *Newton* Action. Google does not oppose the relation of the claims against Kaiser in the *Newton* Action to the *Doe v. Kaiser* Action and the *Sutter* Action. However, Google plans to move to sever the claims against Google in the *Newton* Action pursuant to Federal Rule of Civil Procedure 21, and to relate those claims to *Doe v. Google*, Case No. 3:23-cv-02431-VC (the "*Doe v. Google*

1

2

Action"), currently pending in this Court before the Honorable Vince Chhabria, pursuant to

Northern District of California Local Rules 3-12 and 7-11.

3

4

5

6

7

Google respectfully requests that, should this Court find the *Newton* Action to be related

to the *Doe v. Kaiser* Action and the *Sutter* Action, such an order be issued without prejudice to

any future motion by Google to (1) sever the claims against Google in the *Newton* Action and

(2) relate those claims to the *Doe v. Google* Action, currently assigned to Judge Chhabria.

8

9

10

11

12

Dated:  June 25, 2024

**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur
Simona A. Agnolucci
Eduardo E. Santacana
David D. Doak
Isabella M. Corbo

13

14

By:     */s/ Benedict  Y. Hur                        /*
Benedict Y. Hur

15

16

*Attorneys for*
*Specially Appearing Non-Party*
GOOGLE LLC

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT IN SUPPORT OF KAISER'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:23-cv-02865-EMC