**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
100 Pine St., Ste 1250,
San Francisco, CA 94111
Tel: (415) 534-1911
Fax: (888) 422-5191

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | Case No. 3:23-cv-02865-EMC<br><br>**PLAINTIFFS CHRISTOPHER NEWTON, CHRISTA VITAL, SCOTT SCHUTZA'S NOTICE OF NON-OPPOSITION TO DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>District Judge: Hon. Edward M. Chen<br>Magistrate Judge: Hon. Peter H. Kang<br><br>SAC Filed: May 9, 2024<br>Trial Date: October 27, 2025 |

*[CAPTION CONTINUED ON NEXT PAGE]*

| | |
|---|---|
| CHRISTOPHER NEWTON, CHRISTA VITAL, SCOTT SCHUTZA on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs;<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, META PLATFORMS INC., a Delaware Corporation, GOOGLE LLC, a Delaware Limited Liability Company, and DOES 1 through 100, Inclusive,<br><br>        Defendants. | **RELATED ACTION**<br>Case No. 3:24-cv-03625-TSH<br><br>Removed from Alameda Superior Court Case No. 24CV073453<br><br>Magistrate Judge: Hon. Thomas S. Hixson<br><br>Current Action Filed: April 29, 2024<br>Removal Filed: June 14, 2024 |
| ALEXIS SUTTER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>        Defendants. | **RELATED ACTION**<br>Case No.: 3:24-03352-JCS<br><br>Magistrate Judge: Hon. Joseph C. Spero<br><br>Current Action Filed: June 4, 2024 |

# NOTICE OF NON-OPPOSITION

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

**PLEASE TAKE NOTICE THAT** Plaintiffs Christopher Newton, Christa Vital, and Scott Schutza ("Plaintiffs") hereby respond to Defendant Kaiser Foundation Health Plan, Inc.'s ("Defendant") Administrative Motion to Consider Whether Cases Should be Related ("Motion") as follows:

Defendant filed the Motion in the above-referenced matter. Plaintiffs do not oppose Defendant's Motion and hereby advise the Court of their non-opposition to the Motion.

With that said, Defendant's filing raises some unanswered questions. Specifically, the *Doe* action was filed on June 6, 2023, four months prior to the Defendant discovering the issue that led to the May 6, 2024 Notice of Data Breach. (See Decl. of Treglio, Ex. 1, filed herewith). While it is possible that the filing of the *Doe* action, or the investigation by Defendant's counsel conducted in the *Doe* action led to the May 6, 2024 Notice of Data Breach, such information is not part of the record in any of the three filed cases. It is also entirely possible that the discovery by Defendant Kaiser that its website and web applications shared information with third parties – which it admits to in the May 6, 2024 Notice of Data Event – was unrelated to the *Doe* litigation.

As such, Plaintiffs lack specific knowledge that the above-entitled action comes from the same transaction or event as *Doe v. Kaiser*, or whether the release of information to third parties is a separate and unrelated event. However, because the cases involve substantially the same parties, and substantially the same legal issues, Plaintiffs do not oppose relating these matters.

3

PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Dated: June 25, 2024                POTTER HANDY, LLP


*/s/ James M. Treglio*


By _____
James M. Treglio,
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Potter Handy, LLP, 100 Pine St., Ste 1250, San Francisco, CA 94111, email address: JimT@potterhandy.com. On June 25, 2024, I served a copy of the foregoing document(s) described as:

1. **PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**
2. **DECLARATION OF JAMES M. TREGLIO**

by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                        _/s/ James M. Treglio_
                                           James M. Treglio