SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

*Filed concurrently with Declaration of Wynter L. Deagle and [Proposed] Order*

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

SAC Filed: May 9, 2024
Trial Date: July 20, 2026

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7-11 and 79-5(f), Defendants Kaiser Foundation Health Plan, Inc. ("KFHP"), Kaiser Foundation Hospitals ("Hospitals"), and Kaiser Foundation Health Plan of Washington ("KFHPW"), (collectively, "Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Defendants' Motion to Compel Arbitration of Plaintiff John Doe's Claims Against Defendants and Request for Stay (the "Motion"). Defendants file this Administrative Motion to afford Plaintiff John Doe ("Doe" or "Plaintiff") the opportunity to defend his designation of the material identified in the table below as confidential. Civil Local Rule 79-5(f) requires that a request to consider whether another party's material should be sealed must "identify each document or portions thereof for which sealing is sought." L.R. 79-5(f). In compliance with the applicable rules, Defendants seek to file under seal the following portions of, and exhibits attached to, the Declaration of Wynter Deagle ("Deagle Decl."), Declaration of Duane Walker ("Walker Decl."), Declaration of Karen Urban ("Urban Decl."), Declaration of Todd Hesse ("Hesse Decl."), and Declaration of Kurt Peters ("Peters Decl.") filed in support of the Motion.

| Documents Sought to be Filed Under Seal | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Deagle Decl. | Exhibit A | Plaintiffs |
| Walker Decl. | 2:25<br>2:28<br>Exhibit A<br>Exhibit B<br>Exhibit C | Plaintiffs |
| Urban Decl. | 2:24<br>2:28 | Plaintiffs |
| Hesse Decl. | 2:23<br>2:27 | Plaintiffs |
| Peters Decl. | 3:10<br>3:12<br>3:23 | Plaintiffs |

| Documents Sought to be Filed Under Seal | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| | 3:27<br>3:28<br>4:1<br>Exhibit A at A-1–A-3, A-5, A-7 | |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion and Defendants will redact, in the publicly filed versions, the portions of the filings that reveal the material Plaintiffs have designated as "CONFIDENTIAL." Accordingly, pursuant to Civil Local Rules 79-5(f), Defendants therefore lodge the requested sealed documents and the redacted documents with the Court, and respectfully request leave to file the aforementioned documents under seal.

Dated: July 3, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *ǀsǀ Wynter L. Deagle*

WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

KARI M. ROLLINS *(Pro Hac Vice)*
krollins@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

NOLAN J. WALTER, Cal Bar No. 325021
nwalter@sheppardmullin.com
KEVIN MURPHY, Cal Bar No. 346041
kemurphy@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington