SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF WYNTER DEAGLE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**

*Filed concurrently with Notice of Motion and Motion; Decls of Duane Walker, Karen Urban, Kurt Peters, and Todd Hesse; and [Proposed] Order*
**[REDACTED VERSION]**

Judge: Hon. Edward M. Chen
Date: October 10, 2024
Time: 1:30 p.m.
Crtrm.: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
SAC Filed: May 9, 2024
Trial Date: July 20, 2026

**DECLARATION OF WYNTER DEAGLE**

I, Wynter Deagle, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Kaiser Foundation Health Plan, Inc. ("KFHP"), Kaiser Foundation Hospitals ("Hospitals"), and Kaiser Foundation Health Plan of Washington ("KFHPW") (collectively, "Defendants"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Kaiser's Motion to Compel Arbitration of Plaintiff John Doe's Claims Against Defendants and Request to Stay (the "Motion").

2. Plaintiffs did not propound any discovery for the relevant enrollment forms or EOCs before filing the SAC (and still have not). Nor did Plaintiffs' counsel ask Defendants' counsel to informally provide the relevant agreements between the parties—as Defendants' counsel willingly did prior to filing the first Motion to Compel.

3. On June 17, 2024, co-lead counsel for this matter, Tenaya Rodewald, sent an email to Plaintiffs' counsel, copying me, providing them with the relevant Enrollment Forms and EOCs demonstrating that an arbitration provision—materially identical to the one adjudicated in the MTC Order—required JD to arbitrate his claims in the SAC. I was copied on this email. A true and correct copy of the June 17, 2024 email from Ms. Rodewald to Plaintiffs' counsel is attached hereto as **Exhibit A.**

4. On June 26, 2024, I met and conferred by telephone with Plaintiffs' counsel. Plaintiffs' counsel indicated they would not withdraw JD's claims at this time and wanted to review the as-filed Motion to Compel. During the call, Plaintiffs' counsel did not offer any argument as to why the arbitration provisions contained in the EOCs for JD's father's health plans—under which JD was enrolled as a dependent—were inapplicable to JD's claims in the SAC (i.e. why JD's claims in the SAC did not relate to an, "alleged violation of a duty related to the EOC [or his] relationship to Kaiser," *see* ECF No. 119 at 13).

5. Exhibits A–U to the Declaration of Duane Walker in support of the Motion filed

herewith are Bates numbered Exhibit A-1; Exhibit B-1; Exhibit C-1; Exhibit D-1 to Exhibit D-70; Exhibit E-1 to Exhibit E-72; Exhibit F-1 to Exhibit F-74; Exhibit G-1 to Exhibit G-75; Exhibit H-1 to Exhibit H-83; Exhibit I-1 to Exhibit I-86; Exhibit J-1 to Exhibit J-88; Exhibit K-1 to Exhibit K-97; Exhibit L-1 to Exhibit L-100; Exhibit M-1 to Exhibit M-29; Exhibit N-1 to Exhibit N-33; Exhibit O-1 to Exhibit O-33; Exhibit P-1 to Exhibit P-33; Exhibit Q-1 to Exhibit Q-45; Exhibit R-1 to Exhibit R-42; Exhibit S-1 to Exhibit S-42; Exhibit T-1 to Exhibit T-37; and Exhibit U-1 to Exhibit U-43 respectively. Bates numbers were added in order to avoid confusion, as the documents contain certain pages that are not numbered and/or instances of repeat pagination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of July, 2024, at San Diego, California.

*<u>/s/ Wynter L. Deagle</u>*
Wynter L. Deagle

# EXHIBIT A

EXHIBIT A

| | |
|---|---|
| **From:** | Tenaya Rodewald |
| **To:** | Tyler S. Graden; Melissa Yeates; Kevin Cooper; Matthew Macken; Jordan Jacobson; Zachary Jacobs; Michael A. Innes |
| **Cc:** | Kristin Housh; Kari Rollins; Wynter Deagle; Anne-Marie Dao; Charles Glover; Dane Brody Chanove |
| **Subject:** | Evidences of Coverage for John Doe from 2014 - demand to submit to arbitration |
| **Date:** | Monday, June 17, 2024 6:05:16 PM |
| **Attachments:** | REDACTED - Labor Management Enrollment Form.pdf<br>REDACTED - CalPortland Enrollment Form.pdf<br>March 2014-February 2015 Labor Management UHBTF EOC.pdf<br>March 2015-February 2016 Labor Management UHBTF EOC.pdf<br>2015 CalPortland EOC.pdf<br>2016 CalPortland EOC.pdf<br>2017 CalPortland EOC.pdf<br>2018 CalPortland EOC.pdf<br>2019 CalPortland EOC.pdf<br>2020 CalPortland EOC.pdf<br>2021 CalPortland EOC.pdf |

---

Hi Tyler,

Attached please find the Enrollment Forms and corresponding Evidences of Coverage relating to the KFHP health plans for which John Doe was a covered dependent under his father between January 1, 2014 and March 31, 2021. As you can see, all contain arbitration provisions that are ***materially identical*** to the provisions that Judge Chen already determined compelled John Doe's claims arising out of his use of the Website and App to individual arbitration. Please confirm **no later than June 24, 2024**, that Plaintiffs will submit John Doe's claims to individual arbitration and will stipulate to staying his claims in this Matter pending the outcome of that arbitration.

Best,

**Tenaya Rodewald**
+1 650-815-2664 | direct
TRodewald@sheppardmullin.com

**SheppardMullin**
1540 El Camino Real Suite 120
Menlo Park, CA 94025-4111
+1 650-815-2600 | main
www.sheppardmullin.com | LinkedIn | Twitter