SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone:650.815.2600
Facsimile:650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF TODD A. HESSE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**

*Filed concurrently with Notice of Motion and Motion; Decls of Wynter Deagle, Duane Walker, Karen Urban, Kurt Peters, and [Proposed] Order*

**[REDACTED VERSION]**

Judge: Hon. Edward M. Chen
Date: October 10, 2024
Time: 1:30 p.m.
Crtrm.: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
SAC Filed: May 9, 2024
Trial Date: July 20, 2026

## DECLARATION OF TODD A. HESSE

I, Todd A. Hesse, declare as follows:

1. I am employed by Kaiser Foundation Health Plan, Inc. ("KFHP") as Vice President CA Large Group New Sales and Account Management, and have personal knowledge of the facts set forth below concerning the CalPortland Company ("CalPortland") account. I have been employed by KFHP for over 17 years. From April 2024 through the present, I have served as Vice President CA Large Group New Sales and Account Management. Since May 2024, I have been responsible for the CalPortland account. If called as a witness I could and would competently testify as follows.

2. KFHP enters into an annual contract with CalPortland to provide KFHP memberships to eligible employees and annuitants, and their dependents (the "Group Agreement"). The terms of such Group Agreement, enrollment procedures, and evidence of coverage documents (including their arbitration provisions), are reviewed and approved by CalPortland as part of the annual approval of the KFHP materials. Each year, as part of KFHP's negotiation with CalPortland, KFHP prepares and submits to CalPortland an Evidence of Coverage ("EOC") that states the material terms (including arbitration) of each type of coverage offered by KFHP to CalPortland members for that year. The EOC advises enrollees that binding arbitration of claims is required and contains a complete description of the arbitration provision.

3. In accordance with long standing practice between KFHP and CalPortland, the EOCs to which CalPortland makes no objection or change are deemed approved for use in the appropriate year by KFHP. Forms to which objections or changes are made may not be used by KFHP unless and until such issues have been resolved to the satisfaction of the CalPortland.

4. REDACTED ("John Doe's Father") has been a Kaiser Member since 2013. In 2013 and repeatedly since, John Doe's Father has agreed to binding arbitration through his health plan enrollment and through his plans' EOCs.

5. Between October 2015 and April 2021, John Doe's Father was enrolled in—and REDACTED ("John Doe") was a covered dependent under—the Kaiser Permanente Deductible HMO Plan through his employer, CalPortland. To enroll in the health plan, John

Doe's father filled out and signed, and returned a "2015 Benefits Enrollment/Change" form (the "CalPortland Enrollment Form").

6. Following receipt of the Enrollment Form, KFHP enrolled John Doe's Father, and his dependents including John Doe, into the health plan. Coverage was provided pursuant to the then-current EOC, a document that applies to all CalPortland enrollees in the health plan.

7. Attached as **Exhibit F** to the declaration of Duane Walker, with Bates numbering Exhibit F-1 to Exhibit F-74, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2015 through December 31, 2015 for CalPortland enrollees.

8. Attached as **Exhibit G** to the declaration of Duane Walker, with Bates numbering Exhibit G-1 to Exhibit G-75, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2016 through December 31, 2016 for CalPortland enrollees.

9. Attached as **Exhibit H** to the declaration of Duane Walker, with Bates numbering Exhibit H-1 to Exhibit H-83, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2017 through December 31, 2017 for CalPortland enrollees.

10. Attached as **Exhibit I** to the declaration of Duane Walker, with Bates numbering Exhibit I-1 to Exhibit I-86, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2018 through December 31, 2018 for CalPortland enrollees.

11. Attached as **Exhibit J** to the declaration of Duane Walker, with Bates numbering Exhibit J-1 to Exhibit J-88, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2019 through December 31, 2019 for CalPortland enrollees.

12. Attached as **Exhibit K** to the declaration of Duane Walker, with Bates numbering Exhibit K-1 to Exhibit K-97, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2020 through December 31, 2020 for CalPortland

enrollees.

13. Attached as **Exhibit L** to the declaration of Duane Walker, with Bates numbering Exhibit L-1 to Exhibit L-100, is a true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2021 through December 31, 2021 for CalPortland enrollees.

14. Attached as **Exhibit O** to the declaration of Duane Walker, with Bates numbering Exhibit O-1 to Exhibit O-33, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2015 through December 31, 2015.

15. Attached as **Exhibit P** to the declaration of Duane Walker, with Bates numbering Exhibit P-1 to Exhibit P-33, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2016 through December 31, 2016.

16. Attached as **Exhibit Q** to the declaration of Duane Walker, with Bates numbering Exhibit Q-1 to Exhibit Q-45, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2017 through December 31, 2017.

17. Attached as **Exhibit R** to the declaration of Duane Walker, with Bates numbering Exhibit R-1 to Exhibit R-42, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2018 through December 31, 2018.

18. Attached as **Exhibit S** to the declaration of Duane Walker, with Bates numbering Exhibit S-1 to Exhibit S-42, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2019 through December 31, 2019.

19. Attached as **Exhibit T** to the declaration of Duane Walker, with Bates numbering Exhibit T-1 to Exhibit T-37, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2020 through December 31,

2020.

20. Attached as **Exhibit U** to the declaration of Duane Walker, with Bates numbering Exhibit U-1 to Exhibit U-43, is a true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2021 through December 31, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26 day of June 2024, at Palm Springs, California.

DocuSigned by:
Todd A. Hesse
5C51ADEF444C468...

Todd A Hesse