SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone:650.815.2600
Facsimile:650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF KURT PETERS IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**

*Filed concurrently with Notice of Motion and Motion; Decls of Wynter Deagle, Duane Walker, Karen Urban, and Todd Hesse, and [Proposed] Order*

**[REDACTED VERSION]**

Judge: Hon. Edward M. Chen
Date: October 10, 2024
Time: 1:30 p.m.
Crtrm.: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
SAC Filed: May 9, 2024
Trial Date: July 20, 2026

DECLARATION OF KURT PETERS

I, Kurt Peters declare as follows:

1. I have been employed by CalPortland Company ("CalPortland") since 2020 and serve as the Director of Benefits for the CalPortland benefits program. I have personal knowledge of the facts set forth below. If called as a witness I could and would competently testify as follows.

2. In my role as Director of Benefits for the CalPortland benefits program, I oversee the administration of the benefit plans that are provided to employees of CalPortland. As Director of Benefits, I am responsible for management of the open enrollment process for benefits, including enrollment into the medical plans offered by Kaiser Foundation Health Plan, Inc. ("Kaiser") for CalPortland's employees.

3. As part of the onboarding process, CalPortland provides new hires with an enrollment package. The enrollment package includes various documents relating to the benefits offered through CalPortland. Included in the enrollment package is the form that must be filled out to enroll in any of the Kaiser health care plans offered through CalPortland (the "CalPortland Enrollment Form"). Since at least 2015, every CalPortland Enrollment Form has included Kaiser's arbitration agreement.

4. Every year thereafter, during the annual open enrollment period for benefits, CalPortland sends an enrollment package to each of its employees. Included each year in the enrollment package is the CalPortland Enrollment Form.

5. To enroll in a medical plan, an employee fills out the CalPortland Enrollment Form and either physically returns it—in the case of a new hire—or mails it back—in the case of a returning employee. Once CalPortland receives the form, CalPortland processes enrollment into the health care plan that was selected by the employee. CalPortland then provides a file to Kaiser containing the enrollment information for that enrollment period for each of the employees who are enrolled in a health care plan offered by Kaiser, including information for all enrollees and their covered dependents.

6. Once a participant enrolls in a health care plan option provided through

CalPortland, their enrollment in that health care plan option continues until they either lose coverage or change their health care plan option during the annual open enrollment period. This means that if an employee chooses not to change his or her elected benefits for a given plan year, the benefits will continue even if the employee does not actively make changes to or reaffirm his or her enrollment choice.

7. The CalPortland Enrollment Forms and related enrollment records of each of CalPortland's employee enrollees, are stored and maintained in CalPortland's records in either hard copy or on a computer database, or both. The documents are stored and maintained in the ordinary course of business, and are retrieved and copies made therefrom as necessary.

8. Based on CalPortland's onboarding process for new hires, REDACTED should have been provided a benefits enrollment packet, which would have included an enrollment form.

9. Based on documentation located in REDACTED benefits file (physically located in the Las Vegas office of CalPortland Company), on or about October 5, 2015, John Doe's Father completed and signed the CalPortland Enrollment Form, for enrollment in the Kaiser Permanente Deductible HMO Plan effective October 1, 2015. The executed CalPortland Enrollment Form was returned to CalPortland and received on October 6, 2015. Attached as **Exhibit A** is a true and correct copy of the executed 2015 Benefits Enrollment/Change Form for CalPortland with effective enrollment date of October 1, 2015. This document was stored, maintained, retrieved and copied by CalPortland in the manner described in paragraph 6.

10. Based on notations located on page 1 of the enrollment form and information contained in CalPortland's SAP system, CalPortland processed John Doe's Father's enrollment in the Kaiser Permanente Deductible HMO Plan. CalPortland also processed the enrollment of his dependents, including his son REDACTED ("John Doe"). As a result, the enrollment information for John Doe's Father and John Doe were included in the enrollment file that CalPortland provided to Kaiser.

11. For subsequent years following 2015, CalPortland Company would have issued open enrollment material to REDACTED, which would have included a CalPortland Company Enrollment Form. Based on a search of REDACTED benefits file, no subsequent enrollment

forms completed by REDACTED for the periods between 2016 and December 31, 2020 are included in that file. Addionally, there are no data entries in the SAP system that indicate Mr. Smith made any enrollment changes.

12. CalPortland continued to maintain John Doe's Father and his eligible dependents' enrollment in the same Kaiser medical plan during the years from 2016 through 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _25th_ day _June______, 2024, at Las Vegas, Nevada.

Kurt Peters

# EXHIBIT A

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

Your completed form must be returned to the CalPortland Benefits Department. If you have any questions, please contact us at (800) 500-0272.

**Note to new enrollees:** For health care coverage to begin at the end of the waiting period, you must enroll yourself and your eligible family members during the waiting period by completing this Benefits Enrollment/Change Form and returning it in the enclosed envelope to the CalPortland Benefits Department.

**Please Print**

## Employee Information

Name REDACTED (Last) REDACTED (First) REDACTED (Middle Initial)

Social Security Number REDACTED Date of Birth REDACTED (MM/DD/YYYY)

Mailing Address REDACTED
Street Address City State ZIP

Permanent Address (if different) ______
Street Address City State ZIP

☐ Check here if this is a new address

Home Telephone REDACTED Work Telephone ______ Cell Phone REDACTED Employee ID# REDACTED

Original Hire Date: 10/1/15

Location: ______

Marital Status
☐ Single
☑ Married

Gender
☑ Male
☐ Female

## Type of Election

**Please indicate the reason for your election:**

☐ Open Enrollment
☑ New Hire Election

☐ Rehire ___/___/___ [Return-to-work date]

Coverage Effective Date: 10/1/15

☐ Qualifying Event
(Check specific event below or to the right)
☐ Marriage*
☐ Divorce*
☐ Birth/Adoption*
☐ Dependent reaches age 26
☐ Dependent loses coverage

☐ Change in part-time/full-time status
☐ Eligible to enroll in a qualified health plan in a public health care exchange
☐ Transfer/Relocation
☐ Spouse loses/gains employment*
☐ Change in beneficiary
☐ Death*
☐ Other: ______

*Please attach applicable documentation.*

If you checked "Qualifying Event," please indicate the event date:

Date of event: ______

**For HR Use Only**

Add/Change
☐ COBRA
☑ Entered in SAP
☑ Sent confirmation

Date received 10/6/15
Date completed 10/8/15
Initial [signature]

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

## Medical Coverage

**Plan Options** — Choose one:

Anthem: ☐ HSA ☐ EPO

☒ Kaiser Permanente HMO Plan — CA only

☐ Kaiser Permanente Health Plan — OR and Southwest WA (Includes dental and vision coverage. If you choose this option, do not enroll in another dental or vision plan.)

☐ No Medical Coverage (If elected, please sign Waiver of Group Coverage on page 5.)

**Coverage Levels** — Choose one:

☐ Employee Only

☐ Employee + 1

☒ Employee + 2 or More

## Dental Coverage

**Plan Options** — Choose one:

☒ Delta DPPO

☐ Aetna DMO

☐ No Dental Coverage (If elected, please sign Waiver of Group Coverage on page 5.)

**Coverage Levels** — Choose one:

☐ Employee Only

☐ Employee + 1

☒ Employee + 2 or More

## Vision Coverage

**Plan Options** — Choose one:

☒ Vision Service Plan (VSP)

☐ No Vision Coverage (If elected, please sign Waiver of Group Coverage on page 5.)

**Coverage Levels** — Choose one:

☐ Employee Only

☐ Employee + 1

☒ Employee + 2 or More

If you have other medical and/or dental coverage, list name of employer, group #, member ID #, and name/address of carrier ______

## Dependent Information – Spouse

Complete the following information for each eligible dependent you wish to enroll for benefits. If you have additional dependents, list all pertinent information in the "Other" box at the end of the form. If you're adding a new dependent, you must submit a copy of your marriage license and/or the dependent's birth certificate.

| Last Name | First Name | MI | Date of Birth (MM/DD/YYYY) | Medicare Eligible | Gender | Social Security Number | Medical | Dental | Vision | Voluntary Life Insurance | Voluntary AD&D Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spouse [redacted] | [redacted] | [redacted] | [redacted] | ☐ Yes ☒ No | ☐ M ☒ F | [redacted] | ☒ Add ☐ Drop | ☒ Add ☐ Drop | ☒ Add ☐ Drop | ☒ Add ☐ Drop | ☒ Add ☐ Drop |

If spouse has other medical coverage, list name of employer, group #, member ID #, and name/address of carrier ______

If spouse has other dental coverage, list name of employer, group #, member ID #, and name/address of carrier ______

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

## Dependent Information –Children

Complete the following information for each eligible dependent you wish to enroll for benefits. If you have additional dependents, list all pertinent information in the "Other" box at the end of the form. If you're adding a new dependent, you must submit a copy of your marriage license and/or the dependent's birth certificate.

| Last Name / First Name / MI | Date of Birth (MM/DD/YYYY) | If dependents are age 26 or older and totally disabled, check below. | Medicare Eligible | Gender | Social Security Number | Medical | Dental | Vision | Voluntary Life Insurance | Voluntary AD&D Insurance |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ Child ☐ Stepchild ☐ Legal Dependent ☐ Other ____ REDACTED | REDACTED | ☐ Yes ☐ No | ☐ Yes ☑ No | ☑ M ☐ F | REDACTED | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop |

If dependent has other medical coverage, list name of employer, group #, member ID #, and name/address of carrier ____

If dependent has other dental coverage, list name of employer, group #, member ID #, and name/address of carrier ____

| Last Name / First Name / MI | Date of Birth (MM/DD/YYYY) | If dependents are age 26 or older and totally disabled, check below. | Medicare Eligible | Gender | Social Security Number | Medical | Dental | Vision | Voluntary Life Insurance | Voluntary AD&D Insurance |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ Child ☐ Stepchild ☐ Legal Dependent ☐ Other ____ REDACTED | REDACTED | ☐ Yes ☐ No | ☐ Yes ☑ No | ☐ M ☑ F | REDACTED | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop |

If dependent has other medical coverage, list name of employer, group #, member ID #, and name/address of carrier ____

If dependent has other dental coverage, list name of employer, group #, member ID #, and name/address of carrier ____

| Last Name / First Name / MI | Date of Birth (MM/DD/YYYY) | If dependents are age 26 or older and totally disabled, check below. | Medicare Eligible | Gender | Social Security Number | Medical | Dental | Vision | Voluntary Life Insurance | Voluntary AD&D Insurance |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ Child ☐ Stepchild ☐ Legal Dependent ☐ Other ____ REDACTED | REDACTED | ☐ Yes ☐ No | ☐ Yes ☑ No | ☑ M ☐ F | REDACTED | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop | ☑ Add ☐ Drop |

REDACTED of employer, group #, member ID #, and name/address of carrier ____

If dependent has other dental coverage, list name of employer, group #, member ID #, and name/address of carrier ____

| Last Name / First Name / MI | Date of Birth (MM/DD/YYYY) | If dependents are age 26 or older and totally disabled, check below. | Medicare Eligible | Gender | Social Security Number | Medical | Dental | Vision | Voluntary Life Insurance | Voluntary AD&D Insurance |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Child ☐ Stepchild ☐ Legal Dependent ☐ Other ____ | | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ M ☐ F | | ☐ Add ☐ Drop | ☐ Add ☐ Drop | ☐ Add ☐ Drop | ☐ Add ☐ Drop | ☐ Add ☐ Drop |

If dependent has other medical coverage, list name of employer, group #, member ID #, and name/address of carrier ____

If dependent has other dental coverage, list name of employer, group #, member ID #, and name/address of carrier ____

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

## Flexible Spending Accounts (FSAs)

### Health Care FSA

☐ I want to contribute the following amount to the Health Care FSA for 2015:
$______________
($250 minimum, $2,500 maximum)

☐ I don't want to contribute to the Health Care FSA.

### Dependent Care FSA

☐ I want to contribute the following amount to the Dependent Care FSA for 2015:
$______________
($250 minimum, $5,000 maximum or $2,500 if married and filing separately)

☐ I don't want to contribute to the Dependent Care FSA.

### Limited Health Care FSA

☐ I'm enrolling in the CalPortland HSA Plan and want to contribute the following amount to the Limited Health Care FSA for 2015:
$______________
($2,500 maximum)

☐ I don't want to contribute to the Limited Health Care FSA.

## CalPortland HSA

If you participate in the CalPortland HSA Plan, you can contribute to a Health Savings Account (HSA).

If you will be eligible for Medicare in 2015, you will not be able to contribute to the HSA beginning on the first day of the month in which you enroll in Medicare. Be sure to keep this in mind when you decide how much you want to contribute to your HSA for 2015.

☐ I want to contribute the following amount to the HSA for 2015:
$______________ ($3,350 individual/$6,650 family is the IRS maximum for CalPortland and employee contributions. If you're age 55 or older by end of 2015, you can contribute an additional $1,000 for 2015. Check the *2015 Open Enrollment Guide* to find out how much CalPortland will contribute to your HSA and how much you're eligible to contribute.)

☐ I don't want to contribute to the HSA.

## Life and Accidental Death & Dismemberment (AD&D) Insurance (SunLife Financial)

**Voluntary Life Insurance:** If you'd like additional coverage, you can purchase Voluntary Life Insurance. The maximum amount you can purchase is $2 million (combined with company-provided Basic Life Insurance). Your options are:

☐ Employee Only* — Choose one:
☐ 1x annual base pay ☐ 2x annual base pay ☒ 3x annual base pay
☐ 4x annual base pay ☐ 5x annual base pay

☒ Spouse* *(Spouse can be covered up to 50% of your basic and voluntary combined coverage amount, up to $100,000.)* Amount of coverage 25000

☒ Children Only — Choose one: ☐ $5,000 ☒ $10,000 ☐ $25,000

☐ No Voluntary Life Insurance

**You must complete an EOI form if you elect more than $200,000. Your spouse must complete an EOI form if you elect more than $25,000 for spouse coverage. If you have previously declined coverage, you must complete an EOI form.*

**Voluntary AD&D Insurance:** If you'd like additional coverage, you can purchase Voluntary AD&D Insurance. Your options are:

☐ Employee Only — Choose one:
☒ Employee & Family — Choose one:
☐ $25,000 ☐ $50,000 ☒ $100,000 ☐ $150,000
☐ $250,000 ☐ $300,000* ☐ $400,000*
** Amounts in excess of $250,000 may not exceed 10 x your annual base pay.*

☐ No Voluntary AD&D Insurance

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

## Beneficiary Information

**Please complete this section for the Life and AD&D Insurance Plans (even if you don't elect Voluntary Life and AD&D Insurance).** Name the person(s) to receive benefits from these plans in the event of your death. The person(s) you name as beneficiary below will replace any previous designations you've made. For each person named, indicate the percentage of benefit he or she is to receive from each plan. Each column should total 100%. If no percentages are indicated, benefits will be divided equally among all primary beneficiaries.

| | Name | Social Security Number | Relationship | Address | Date of Birth (MM/DD/YYYY) | Life Insurance % | AD&D Insurance % |
|---|---|---|---|---|---|---|---|
| Primary Beneficiary | REDACTED | REDACTED | Spouse | REDACTED | REDACTED | 100 | 100 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | 100% | 100% |
| Contingent Beneficiary | REDACTED | | son | REDACTED | REDACTED | 33 | 33 |
| | REDACTED | | son | | | 33 | 33 |
| | REDACTED | | Daughter | | | 34 | 34 |
| | | | | | | | |
| | | | | | | 100% | 100% |

Employee's Signatur REDACTED 10-5-15
Date

This completed form must be retained by the policyholder (or Plan Administrator, if different). In the event of the death of the insured person, *the original* must be submitted to SunLife Financial, together with the required proofs of loss (see claim form).

## Waiver of Group Coverage: Read and sign in this section if you're waiving benefits coverage.

**Waiver of Group Coverage Statement**

I've reviewed the information as outlined in the enrollment materials regarding my benefit options but do not wish to participate.

I also understand that in the event I wish to apply for any of the declined benefits, I may be required to furnish, at my own expense, Evidence of Insurability (EOI) satisfactory to the CalPortland claims administrator. The claims administrator reserves the right to reject such application.

**I agree to these terms and acknowledge my agreement by signing the Waiver of Group Coverage below.** ____________________

**Employee Signature** ______________________________ **Date** ________

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

## Employee Authorization Information: Read and sign in this section if you're electing benefits coverage.

**Authorization Statement**

I hereby request the employee benefits coverage for which I'm eligible and authorize deductions from my earnings to serve as payment for any required contributions. My signature below affirms that all information and statements provided on this form are full, complete, and true to the best of my knowledge. I understand that misstatements, material misrepresentations, or omissions contained in this enrollment form may result in my coverage being void as of their effective date with no benefits payable. I understand and agree that this coverage is subject to the terms and conditions of the official plan documents.

I authorize CalPortland to deduct my benefits contributions from my paychecks.

I also authorize any health care facility or health care provider to release to my insurance carriers or administrators all information relating to health care examinations, advice, or treatments or supplies, including those involving mental health, substance abuse and HIV/AIDS ("health care information"), received before the effective date of coverage, or for present or future health care examinations, advice, or treatments or supplies received by each person covered under this enrollment form. I understand that my insurance carriers/administrators will collect this information only for purposes of determining benefit payments under the plans, for coordination of patient care, quality management, and audit of services, and this authorization is expressly limited to information reasonably necessary for such purposes. This authorization will terminate with respect to each covered person upon termination of coverage, except as necessary to finalize payment of claims for each covered person listed above.

I've discussed the terms of this authorization with my spouse and competent adult dependents, and I've obtained their consent to the release of their health care information pursuant to this authorization. I understand that if I'm enrolled in the Kaiser Foundation Health Plan of the Northwest (500 NE Multnomah St., Portland, OR 97232), Washington State Registered Domestic Partners are treated the same as a spouse. If children of the primary insured are covered, children of Domestic Partners are covered on the same basis.

I understand that I may review and offer corrections to the health care information, except information about me or my dependents that relates to claims or civil criminal proceedings involving me or my dependents. I also understand that I may revoke this authorization at any time, except to the extent it has been relied on by the insurance carriers or other party. In addition, I understand that I or my designated representative may receive a copy of this authorization and that a copy of this authorization is as valid as the original.

**Arbitration Agreement: If your coverage is under a private employer plan governed by ERISA (Employment Retirement Income Security Act of 1974), certain disputes may not be subject to the following arbitration provisions:** I understand that any and all disputes between myself (and/or any enrolled family member) and Anthem Blue Cross of California/Anthem BC Life & Health, including claims for medical malpractice, must be resolved by binding arbitration, if the amount in dispute exceeds the jurisdictional limit of the small claims court, and not by lawsuit or resort to court process, except as California law provides for judicial review of arbitration proceedings. Under this coverage, both the member and Anthem Blue Cross/Anthem BC Life & Health are giving up the right to have any dispute decided in a court of law before a jury. Anthem Blue Cross/Anthem BC Life & Health and the member also agree to give up any right to pursue on a class basis any claim or controversy against the other. For more information regarding binding arbitration, refer to the Evidence of Coverage/Certificate.

It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, and denial of insurance benefits. I understand that any person who knowingly includes false or misleading information on an application for benefits under this plan is subject to criminal and civil penalties. I further understand that any claim made by me or by one of my eligible dependents may be denied and our coverage cancelled and terminated without prior written notice if I have knowingly included material false information in this application. I also understand that such a termination may be retroactive to the effective date of our coverage. In the event of such a termination, the undersigned will return any reimbursement for these services.

I understand that this decision is irrevocable as specified under the current IRS tax regulations and will remain in effect until I make another selection or cancel during the next Open Enrollment period. I understand it is my responsibility to report any change in the eligibility of my dependents. CalPortland intends to continue the program, but reserves the right to amend, suspend, or terminate part or all of the group benefit plans at any time.

*Continued on next page*

# 2015 Benefits Enrollment/Change Form

CALPORTLAND

**Employee Authorization Information: Read and sign in this section if you're electing benefits coverage. (Continued)**

**Attention FSA enrollees:** I understand that the choices I've indicated above must remain in effect for the entire plan year unless I have an eligible change in family status. I authorize the above amounts to be deducted from my pay on a pretax basis. I understand that any unused balances in the Health Care, Limited Purpose and/or Dependent Care FSA at the end of the Plan Year shall be forfeited. I understand that the expenses that I claim for reimbursement must be incurred during the Plan Year while I'm an eligible participant under my employer's Plan and that these expenses haven't been reimbursed through any other plan or through any other method or means, nor will I seek reimbursement elsewhere. I understand that I'm responsible for the sufficiency, accuracy, and veracity of all information relating to my claims, and that unless an expense for which payment or reimbursement is claimed is a proper expense under the Plan, I may be liable for the payment of all related taxes including federal, state, or city income tax on amounts paid from the plan which relate to such expense. I understand that no tax deduction is permitted for amounts for which reimbursement is made. I agree to comply by the terms of this Plan.

**I agree to these terms and acknowledge my agreement by signing the authorization below.**

REDACTED 10-5-15

**Employee Signature** **Date**

**Employee Authorization Information: Read this section if you're electing the Kaiser Permanente HMO Plan in California.**

**<u>Kaiser Foundation Health Plan Arbitration Agreement:</u>**

**I understand that (except for Small Claims Court cases, claims subject to a Medicare appeals procedure, and, if I am enrolled in a group that is subject to ERISA, certain benefit-related disputes) any dispute between myself, my heirs, relatives, or other associated parties on the one hand and the Health Plan, its health care providers, or other associated parties on the other hand, for alleged violation of any duty arising out of or related to membership in Health Plan, including any claim for medical or hospital malpractice (a claim that medical services were unnecessary or unauthorized or were improperly, negligently, or incompetently rendered), for premises liability, or relating to the coverage for, or delivery of, services or items, irrespective of legal theory, must be decided by binding arbitration under California law and not by lawsuit or resort to court process, except as applicable law provides for judicial review of arbitration proceedings. I agree to give up our right to a jury trial and accept the use of binding arbitration. I understand that the full arbitration provision is contained in the *Evidence of Coverage*.**

**Employee Signature** REDACTED **Date** 10-5-15

**Required for Kaiser Permanente HMO Plan (CA Only)**

Note: The CalPortland Benefits Department reserves discretion to rule on all facts or changes submitted on this form.