SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF KAREN URBAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**

*Filed concurrently with Notice of Motion and Motion; Decls of Wynter Deagle, Duane Walker, Kurt Peters, and Todd Hesse; and [Proposed] Order*

**[REDACTED VERSION]**

Judge: Hon. Edward M. Chen
Date: October 10, 2024
Time: 1:30 p.m.
Crtrm.: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
SAC Filed: May 9, 2024
Trial Date: July 20, 2026

# DECLARATION OF KAREN E. URBAN

I, Karen E. Urban, declare as follows:

1. I am employed by Kaiser Foundation Health Plan, Inc. ("KFHP") as Vice President of Labor and Trust Fund Account, and have personal knowledge of the facts set forth below concerning the Labor Management Universal Health Benefits Trust Fund ("Labor Management") account. I have been employed by KFHP for over 23 years. From July 2018 through August 2021, I served as Area Vice President. Since July 2018, I have been responsible for the Labor Management account. If called as a witness I could and would competently testify as follows.

2. KFHP enters into an annual contract with Labor Management to provide KFHP memberships to eligible employees and annuitants, and their dependents (the "Group Agreement"). The terms of such Group Agreement, enrollment procedures, and evidence of coverage documents (including their arbitration provisions), are reviewed and approved by Labor Management, through its Board, as part of the annual approval of the KFHP materials. Each year, as part of KFHP's negotiation with the Labor Management Board, KFHP prepares and submits to Labor Management an Evidence of Coverage ("EOC") that states the material terms (including arbitration) of each type of coverage offered by KFHP to Labor Management members for that year. The EOC advises enrollees that binding arbitration of claims is required and contains a complete description of the arbitration provision.

3. In accordance with long standing practice between KFHP and Labor Management, the EOCs to which Labor Management makes no objection or change are deemed approved for use in the appropriate year by KFHP. Forms to which objections or changes are made may not be used by KFHP unless and until such issues have been resolved to the satisfaction of the Labor Management Board.

4. REDACTED ("John Doe's Father") has been a Kaiser Member since 2013. In 2013 and repeatedly since, John Doe's Father has agreed to binding arbitration through his health plan enrollment and through his plans' Evidences of Coverage ("EOC").

5. Between January 2014 and October 2015, John Doe's Father was enrolled in—and REDACTED ("John Doe") was a covered dependent under—the Kaiser Permanente

Traditional Plan through his union, Labor Management. To enroll in the health plan, John Doe's father filled out, signed, and returned a "California Region Group Enrollment/Change" form (the "Labor Management Enrollment Form"). Attached as **Exhibit C** to the declaration of Duane Walker, with Bates numbering C-1, is a true and correct copy of the executed Labor Management Enrollment Form with effective enrollment date of January 1, 2014.

6. Following receipt of the Labor Management Enrollment Form, KFHP enrolled John Doe's Father, and his dependents including John Doe, into the health plan. Coverage was provided pursuant to the then-current EOC, a document that applies to all Labor Management enrollees in the health plan.

7. Attached as **Exhibit D** to the declaration of Duane Walker, with Bates numbering Exhibit D-1 to Exhibit D-70, is a true and correct copy of the Kaiser Permanente Traditional Plan Evidence of Coverage effective January 1, 2014 through February 28, 2015 for Labor Management enrollees.

8. Attached as **Exhibit E** to the declaration of Duane Walker, with Bates numbering Exhibit E-1 to Exhibit E-72, is a true and correct copy of the Kaiser Permanente Traditional Plan Evidence of Coverage effective March 1, 2015 through February 29, 2016 for Labor Management enrollees.

9. Attached as **Exhibit M** to the declaration of Duane Walker, with Bates numbering Exhibit M-1 to Exhibit M-29, is a true and correct copy of the Group Agreement entered into between KFHP and Labor Management for the contract period January 1, 2014 through February 28, 2015.

10. Attached as **Exhibit N** to the declaration of Duane Walker, with Bates numbering Exhibit N-1 to Exhibit N-33, is a true and correct copy of the Group Agreement entered into between KFHP and Labor Management for the contract period March 1, 2015 through February 29, 2016.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24_____ day of June___________, 2024, at South Pasadena, California.

DocuSigned by:
Karen Urban
C3AAE30A884745C...

Karen E. Urban