SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF DUANE WALKER IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST FOR STAY**

*Filed concurrently with Notice of Motion and Motion; Decls of Wynter Deagle, Karen Urban, Kurt Peters, and Todd Hesse; and [Proposed] Order*

**[REDACTED VERSION]**

Judge: Hon. Edward M. Chen
Date: October 10, 2024
Time: 1:30 p.m.
Crtrm.: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang
SAC Filed: May 9, 2024
Trial Date: July 20, 2026

**DECLARATION OF DUANE WALKER**

I, Duane Walker, declare:

1. I am employed by Kaiser Foundation Health Plan, Inc. ("KFHP") in the Membership Administration and Benefits Administration Department as the Director of California Commercial Membership Administration. My responsibilities include ascertaining and verifying the eligibility of past and present members of KFHP's health plans, verification of payment by members and group contract holders, and maintenance and retrieval of contracts, renewals, payment records and related documents. I have personal knowledge of the facts contained within this declaration, except as to those matters stated on information and belief, or that predate my employment, and as to those matters, I believe them to be true based upon my regular experience working with KFHP's group agreements and enrollment records during my employment by KFHP.

2. Contracts and related enrollment records entered into between KFHP and Labor Management Universal Health Benefits Trust Fund ("Labor Management"), between KFHP and CalPortland Company ("CalPortland"), and between KFHP and plan members are stored and maintained in KFHP's records in either hard copy or on a computer database, or both. The contracts and related documents are stored and maintained in the ordinary course of business, and are retrieved and copies made therefrom as necessary. In addition, with respect to Evidence of Coverage for each plan year, KFHP also makes those documents available to plan members on its website—www.kp.org/plandocuments—which is accessible to plan members.

3. Information regarding member eligibility is stored in KFHP's Membership Billing and Reconciliation computer system. KFHP inputs enrollment information into the computer system in the regular course of business from enrollment forms or other data supplied to KFHP by the group contract holder or their third-party administrator.

4. KFHP's computerized Membership History record for REDACTED ("John Doe") reflects that prior to being enrolled as a member in the Kaiser Permanente Traditional HMO Plan through the Teamsters & Food Employers Security Trust Fund in April 2021, he was provided coverage as a dependent through REDACTED ("John Doe's Father") membership in

KFHP's health plans. A true and correct copy of a printed Membership History stored in KFHP's computer system for John Doe with Bates numbering Exhibit A-1, is attached hereto as **Exhibit A**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2. A true and correct copy of a printed Membership History stored in KFHP's computer system for John Doe's Father with Bates numbering Exhibit B-1, is attached hereto as **Exhibit B**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

5. Beginning in January 2014 through October 2015, John Doe was enrolled as a member through his father's enrollment in Kaiser Permanente Deductible HMO Plans through his father's union, Labor Management. John Doe was a covered dependent under his father's plan. A true and correct copy of the California Region Group Enrollment/Change Form for Labor Management with effective enrollment date of January 1, 2014, with Bates numbering Exhibit C-1, is attached hereto as **Exhibit C**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

6. A true and correct copy of the Kaiser Permanente Traditional Plan Evidence of Coverage effective January 1, 2014 through February 28, 2015 for Labor Management enrollees, with Bates numbering Exhibit D-1 to Exhibit D-70, is attached hereto as **Exhibit D**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

7. A true and correct copy of the Kaiser Permanente Traditional Plan Evidence of Coverage effective March 1, 2015 through February 29, 2016 for Labor Management enrollees, with Bates numbering Exhibit E-1 to Exhibit E-72, is attached hereto as **Exhibit E**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

8. Beginning in October 2015 through March 31, 2021, John Doe was enrolled as a member through his father's enrollment in Kaiser Permanente Deductible HMO Plans through his father's employer, CalPortland. John Doe was a covered dependent under his father's plan.

9. A true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2015 through December 31, 2015 for CalPortland enrollees, with Bates numbering Exhibit F-1 to Exhibit F-74, is attached hereto as **Exhibit F**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

10. A true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2016 through December 31, 2016 for CalPortland enrollees, with Bates numbering Exhibit G-1 to Exhibit G-75, is attached hereto as **Exhibit G**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

11. A true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2017 through December 31, 2017 for CalPortland enrollees, with Bates numbering Exhibit H-1 to Exhibit H-83, is attached hereto as **Exhibit H**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

12. A true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2018 through December 31, 2018 for CalPortland enrollees, with Bates numbering Exhibit I-1 to Exhibit I-86, is attached hereto as **Exhibit I**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

13. A true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2019 through December 31, 2019 for CalPortland enrollees, with Bates numbering Exhibit J-1 to Exhibit J-88, is attached hereto as **Exhibit J**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

14. A true and correct copy of the Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2020 through December 31, 2020 for CalPortland enrollees, with Bates numbering Exhibit K-1 to Exhibit K-97, is attached hereto as **Exhibit K**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

15. A true and correct copy of the EOC #1 - Kaiser Permanente Deductible HMO Plan Evidence of Coverage effective January 1, 2021 through December 31, 2021 for CalPortland enrollees, with Bates numbering Exhibit L-1 to Exhibit L-100, is attached hereto as **Exhibit L**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in

paragraph 2.

16. A true and correct copy of the Group Agreement entered into between KFHP and Labor Management for the contract period January 1, 2014 through February 28, 2015, with Bates numbering Exhibit M-1 to Exhibit M-29, is attached hereto as **Exhibit M**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

17. A true and correct copy of the Group Agreement entered into between KFHP and Labor Management for the contract period March 1, 2015 through February 29, 2016, with Bates numbering Exhibit N-1 to Exhibit N-33, is attached hereto as **Exhibit N**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

18. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2015 through December 31, 2015, with Bates numbering Exhibit O-1 to Exhibit O-33, is attached hereto as **Exhibit O**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

19. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2016 through December 31, 2016, with Bates numbering Exhibit P-1 to Exhibit P-33, is attached hereto as **Exhibit P**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

20. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2017 through December 31, 2017, with Bates numbering Exhibit Q-1 to Exhibit Q-45, is attached hereto as **Exhibit Q**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

21. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2018 through December 31, 2018, with Bates numbering Exhibit R-1 to Exhibit R-42, is attached hereto as **Exhibit R**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

22. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2019 through December 31, 2019, with Bates numbering Exhibit S-1 to Exhibit S-42, is attached hereto as **Exhibit S**. This document was stored,

maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

23. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2020 through December 31, 2020, with Bates numbering Exhibit T-1 to Exhibit T-37, is attached hereto as **Exhibit T**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

24. A true and correct copy of the Group Agreement entered into between KFHP and CalPortland for the contract period January 1, 2021 through December 31, 2021, with Bates numbering Exhibit U-1 to Exhibit U-43, is attached hereto as **Exhibit U**. This document was stored, maintained, retrieved and copied by KFHP in the manner described in paragraph 2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 27 day of June, 2024, in San Diego, California.

DocuSigned by:
Duane Walker
E7980BDDD0E3412

Duane Walker