**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
jmeltzer@ktmc.com
Melissa L. Yeates
myeates@ktmc.com
Tyler S. Graden
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi
jcecchi@carellabyrne.com
Michael A. Innes
minnes@carellabyrne.com
Kevin G. Cooper
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the proposed Classes*
[*Additional Attorneys Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, AND JANE DOE V, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF TYLER S. GRADEN IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Hon. Edward M. Chen

I, Tyler S. Graden, hereby declare as follows:

1. I am a partner with the law firm Kessler Topaz Meltzer & Check, LLP, counsel for Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, and Jane Doe V ("Plaintiffs") in the above-captioned matter. I make this declaration based on my personal knowledge and would be competent to testify to the matters stated in this declaration.

2. I submit this declaration pursuant to Civil Local Rule 79-5(f)(3) in response to Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington's (collectively, "Defendants") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 193) ("Defendants' Administrative Motion"), filed in connection with Defendants' Motion to Compel Arbitration of Plaintiff John Doe's Claims Against Defendants and Request to Stay (ECF No. 195) ("Motion to Compel Arbitration").

3. Civil Local Rule 79-5(f) requires the party that designated a document as confidential ("Designating Party") to file, within seven days, a statement explaining "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." L.R. 79-5(f)(3) & (c)(1).

4. On July 3, 2024, pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants provisionally filed the following exhibits under seal, which reveal the identity of Plaintiff John Doe:

a. Deagle Decl. (ECF No. 196 at Exhibit A at A-1): revealing John Doe's name

b. Hesse Decl. (ECF No. 197 at 2:23 and 2:27): revealing John Doe's name.

c. Peters Decl. (ECF No. 198 at 3:10, 3:12, 3:23, 3:27, 3:28, 4:1, and Exhibit A at A-1 – A-3, A-5, and A-7): revealing John Doe's name and other identifying information, such as: portions of Social Security Numbers, employee ID number, birth year, address, parental information, and phone numbers.

d. Urban Decl. (ECF No. 199 at 2:24 and 2:28): revealing John Doe's name and parental information.

e. Walker Decl. (ECF No. 200 at 2:25, 2:28, Exhibit A, Exhibit B, and Exhibit C): revealing John Doe's name and other identifying information, such as: portions of

Social Security Numbers, medical record number, birth year, address, parental information, and phone numbers.

5. On November 17, 2023, this Court granted the Parties' Stipulation and ordered that Plaintiffs, including John Doe, may proceed anonymously. Joint Stipulation and Order Permitting Plaintiffs to Proceed Anonymously (ECF No. 91) ("Order to Proceed Anonymously").

6. Specifically, under the Order to Proceed Anonymously, this Court ordered that "all materials filed in the action, all judgments, and any other documents relating to the action shall refer to the Plaintiffs as 'John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, and Jane Doe V' without additional identifying information." *Id*. at 4.

7. Here, the above listed portions of the Deagle Decl., Walker Decl., Urban Decl., Hesse Decl., and Peters Decl., and attached exhibits contain the personally identifiable information that this Court has ordered to be kept out of the public record, specifically John Doe's name and identifying information.

8. There are no less restrictive alternatives to sealing that will protect the privacy interest at stake, as the information to be sealed is specifically covered by this Court's Order to Proceed Anonymously. *See* ECF No. 91.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge. This declaration was executed on July 10, 2024, in Radnor, Pennsylvania.

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Tyler S. Graden*
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com

280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

-and-

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
Jordan M. Steele (*pro hac* forthcoming)
jsteele@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

-and-

Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
222 S Riverside Plaza
Chicago, Illinois 06606

*Counsel for Plaintiffs and the proposed Classes*