**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

AND RELATED CONSOLIDATED CASES

**Lead Case No. 3:23-cv-02865-EMC**
*Consolidated with 3:24-cv-03352-EMC and 3:24-cv-03625-EMC*

**~~[PROPOSED]~~ ORDER RE JOINT DISCOVERY LETTER BRIEF ON PLAINTIFFS' INTERROGATORY NO. 1**

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

SAC Filed: May 9, 2024
Trial Date: July 20, 2026

On October 16, 2024, Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, and Jane Doe V, (collectively, the "Doe Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington (collectively "Kaiser" or "Defendants") (and together with Plaintiffs, the "Doe Parties"), submitted a Joint Letter Brief setting forth their positions on disputes concerning Kaiser's response to Plaintiffs' Interrogatory No. 1. ECF No. 240. On October 18, 2024, during a Discovery Management Conference ("DMC"), the Court heard oral argument on the issues outlined in the Parties' Joint Letter Brief.

Having reviewed the Joint Letter Brief and having heard the arguments of the Parties, and as set forth in the Court's Order dated October 30, 2024 (ECF No. 250), the Court **ORDERS** as follows:

1. Kaiser is to serve a supplemental response to Plaintiffs' Interrogatory No. 1 (or produce a document such as a spreadsheet or chart which tabulates this data pursuant to Rule 33(d)) showing the aggregate number of days for which there was a login per each putative class member (identified by MRN or GUID) per state for all Kaiser Operating States per year from June 9, 2019

through November 13, 2023 by no later than November 13, 2024. This is without prejudice to Plaintiffs requesting this or other information before, during or after this time period in connection with or other discovery requests. It is likewise without prejudice to Kaiser to object to any such requests.

2. The Protective Order shall be construed by the Parties to conform to the requirements of 45 C.F.R. § 164.512(e)(1), and information designated at the highest level under the Protective Order in this action shall be deemed produced subject to a qualified protective order and thus compliant with HIPAA.

3. Kaiser shall communicate with its technical experts regarding the facilitation of production of responsive documents and report to Plaintiffs by no later than October 22, 2024 regarding how quickly such production can occur. Kaiser reports that it has done so and will produce the information ordered by the Court herein by November 13, 2024. The Parties are to include their respective ESI vendors in all future meetings and conferrals on this issue (and any other such issues relating to ESI production that may arise).

**IT IS SO ORDERED.**

Dated: November 1, 2024

Hon. Peter H. Kang
United States Magistrate Judge

Dated: November 1, 2024

**KESSLER TOPAZ MELTZER & CHECK LLP**

By */s/ Tyler S. Graden*
Joseph H. Meltzer (appearance pro hac vice)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance pro hac vice)
myeates@ktmc.com
Tyler S. Graden (appearance pro hac vice)
tgraden@ktmc.com
Jordan E. Jacobson (Cal Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and–
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Cal Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and–

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance pro hac vice)
jcecchi@carellabyrne.com
Michael A. Innes (pro hac vice forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance pro hac vice)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

-and-

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance pro hac vice)
zjacobs@carellabyrne.com

222 S Riverside Plaza
Chicago, Illinois 06606

*Attorneys for Plaintiffs and the proposed Classes*

Dated: November 1, 2024

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Kristin P. Housh*
Wynter L. Deagle, Cal Bar No. 296501
wdeagle@sheppardmullin.com
Kristin P. Housh, Cal Bar No. 286651
khoush@sheppardmullin.com
Anne-Marie D. Dao, Cal Bar No. 282632
adao@sheppardmullin.com
Dane C. Brody Chanove, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Tenaya Rodewald, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

Kari M. Rollins (Pro Hac Vice)
krollins@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

John F. Burns
jburns@sheppardmullin.com
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071

Nolan J. Walter, Cal Bar No. 325021
nwalter@sheppardmullin.com
Kevin Murphy, Cal Bar No. 346041
kemurphy@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600

Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Melissa M. Mikail
mmikail@sheppardmullin.com
650 Town Center Dr., Tenth Floor
Costa Mesa, CA 92626

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*