UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants.<br><br>AND RELATED CONSOLIDATED CASES | **Lead Case No. 3:23-cv-02865-EMC**<br>*Consolidated with 3:24-cv-03352-EMC and 3:24-cv-03625-EMC*<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: JOINT LETTER BRIEF REGARDING KAISER'S RESPONSE TO INTERROGATORY NO. 4**<br><br>District Judge: Hon. Edward M. Chen<br>Magistrate Judge: Hon. Peter H. Kang<br><br>SAC Filed: May 9, 2024<br>Trial Date: July 20, 2026 |

# ~~[PROPOSED]~~ ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 256), Defendants' Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, and the declaration of Bill Vourthis filed by Defendants, and good cause appearing, the Court Orders that the following portions of the Joint Letter Brief Regarding Kaiser's Response to Interrogatory No. 4 (ECF Nos. 256-3 and 257) ("Letter Brief"), which are presently filed under seal, shall remain under seal:

| Documents South to be Sealed | Portions to be Sealed | Designating Party | Basis for Sealing |
|---|---|---|---|
| Letter Brief | Page 1 from after "October 25, 2023 wherein" to before "See ECF No. 225-5 at 16." | Defendants | This portion of the Joint Letter Brief contains a quote from and purports to summarize the contents of a confidential presentation to a state regulator in response to a confidential regulatory investigation and includes detailed information about Kaiser's business relationships as well as technical operations of its webpages. The investigation by the state regulator, and Kaiser's provision of the exhibit, was confidential and has not been made public by the regulator at issue. As more fully set forth in Kaiser's briefing, if publicly disclosed, Kaiser's competitors could use the information in the Letter Brief to Kaiser's competitive disadvantage. |

**IT IS SO ORDERED.**

DATED: November 20, 2024

Hon. Peter H. Kang
United States Magistrate Judge