**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the proposed Classes*
(*Additional Attorneys Listed on Signature Page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, <br><br> Defendants. | Case No. 3:23-cv-02865-EMC <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' CONSOLIDATED MASTER COMPLAINT** <br><br> *Filed concurrently with Declaration of Melissa L. Yeates and [Proposed] Order* <br><br><br> Judge: Hon. Edward M. Chen |

Plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively, "Plaintiffs"), pursuant to Local Civil Rules 7-11 and 79-5(f), respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with the Consolidated Master Complaint. Plaintiffs file this Administrative Motion to afford Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington, (collectively, "Defendants") the opportunity to defend their designation of the material identified in the table below as confidential. Civil Local Rule 79-5(f) requires that a request to consider whether another party's material should be sealed must "identify each document or portions thereof for which sealing is sought." L.R. 79-5(f).

Civil Local Rule 79-5 requires that a request to consider whether another party's material should be sealed must "identify each document or portions thereof for which sealing is sought." L.R. 79-5(f). Plaintiffs' Consolidated Master Complaint and Exhibits 1-3 and 8 contain and refer to information contained in documents Defendants or third parties Google and Quantum Metric ("QM") produced that were designated as "Highly Confidential – Attorneys Eyes Only" under the Protective Order entered by the Court. ECF No. 106. The materials designated as highly confidential are identified in the following table, several of which this Court previously ordered to be sealed in connection with the filing of Plaintiffs' Second Amended Complaint (ECF No. 159):

| Paragraphs and Exhibits to be Filed Under Seal | Designating Party | Order Granting Sealing (ECF No. 159) |
|---|---|---|
| 8 | Kaiser | Not yet ordered to be sealed |
| 9 | Kaiser | Not yet ordered to be sealed |
| 10 | Kaiser | Not yet ordered to be sealed |
| 11 | Kaiser | Not yet ordered to be sealed |
| 12 | Kaiser | Not yet ordered to be sealed |
| 15 | Kaiser | Not yet ordered to be sealed |
| 22 | Kaiser | Granted |
| 76 | Kaiser | Not yet ordered to be sealed |
| 112 | Kaiser | Granted |
| 120 | Kaiser | Granted |
| 121 | QM, Kaiser | Granted |
| 122 | QM, Kaiser | Granted |
| 123 | Kaiser | Granted |
| 126 | Kaiser | Granted |

| | | |
|---|---|---|
| 127 | Kaiser | Granted |
| 130 | QM, Kaiser | Granted |
| 131 | Kaiser | Granted |
| 132 | QM, Kaiser | Granted |
| 133 | Kaiser | Granted |
| 164 | Kaiser | Granted |
| 165 | Kaiser | Granted |
| 166 | Kaiser | Granted |
| 167 | Kaiser | Granted |
| 168 | Kaiser | Granted |
| 170 | Kaiser | Granted |
| 171 | Kaiser | Granted |
| 175 | Kaiser | Granted |
| 176 | Kaiser | Granted |
| 177 | Kaiser | Granted |
| 178 | Kaiser | Granted |
| 179 | Kaiser | Granted |
| 180 | Kaiser | Granted |
| 181 | Kaiser | Granted |
| 195 | Kaiser | Granted |
| 216 | Kaiser | Granted |
| 267 (line 12) | Google | Granted |
| 392 | Kaiser | Granted |
| 393 | Kaiser | Granted |
| 394 | Kaiser | Granted |
| 395 | Kaiser | Granted |
| 396 | Kaiser | Granted |
| 397 | Kaiser | Granted |
| 424 | Kaiser | Granted |
| 462 | Kaiser | Not yet ordered to be sealed |
| Ex. 1 | Kaiser | Not yet ordered to be sealed |
| Ex. 2 | Kaiser | Not yet ordered to be sealed |
| Ex. 3 | Kaiser | Not yet ordered to be sealed |
| Ex. 8 | Kaiser | Not yet ordered to be sealed |

Plaintiffs accordingly move to file those portions of the Consolidated Master Complaint that are not yet subject to a sealing order by this Court under seal. For those portions of the Consolidated Master Complaint that were previously ordered to be sealed, Plaintiffs will continue to follow this Court's prior order regarding sealing that information. The Defendants bear the burden of establishing that all of the referenced material is sealable. Plaintiffs take no position at this time on whether any of the referenced material satisfy the requirements for filing under seal.

As required by Civil Local Rule 79-5, Plaintiffs are filing a redacted version of the Consolidated Master Complaint on the public docket. An unredacted version attached to this Motion under seal contains highlighting to indicate where redactions are currently proposed.

DATED: December 6, 2024                    Respectfully submitted,

                                           **KESSLER TOPAZ
                                             MELTZER & CHECK, LLP**

                                           /s/ *Melissa L. Yeates*
                                           Joseph H. Meltzer (appearance *pro hac vice*)
                                           jmeltzer@ktmc.com
                                           Melissa L. Yeates (appearance *pro hac vice*)
                                           myeates@ktmc.com
                                           Tyler S. Graden (appearance *pro hac vice*)
                                           tgraden@ktmc.com
                                           Jordan E. Jacobson (Bar No. 302543)
                                           jjacobson@ktmc.com
                                           280 King of Prussia Road
                                           Radnor, PA 19087
                                           Tel: (610) 667-7706
                                           Fax: (610) 667-7056

                                           -and-

                                           **KESSLER TOPAZ
                                             MELTZER & CHECK, LLP**
                                           Jennifer L. Joost (Bar No. 296164)
                                           jjoost@ktmc.com
                                           One Sansome Street, Suite 1850
                                           San Francisco, CA 94104
                                           Tel: (415) 400-3000
                                           Fax: (415) 400-3001

                                           **CARELLA, BYRNE, CECCHI,
                                           OLSTEIN, BRODY & AGNELLO, P.C.**
                                           James E. Cecchi (appearance *pro hac vice*)
                                           jcecchi@carellabyrne.com
                                           Michael A. Innes (*pro hac vice* forthcoming)
                                           minnes@carellabyrne.com
                                           Kevin G. Cooper (appearance *pro hac vice*)
                                           kcooper@carellabyrne.com
                                           5 Becker Farm Road
                                           Roseland, New Jersey 07068
                                           Telephone: (973)-994-1700
                                           Facsimile: (973)-994-1744

                                           -and-

                                           **CARELLA, BYRNE, CECCHI,
                                           OLSTEIN, BRODY & AGNELLO, P.C.**
                                           Zachary Jacobs (appearance *pro hac vice*)

zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Class Counsel*

Robert Mackey, Cal Bar No. 125961
**LAW OFFICES OF ROBERT MACKEY**
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

Jason S. Rathod
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, I served a true and correct copy of the foregoing documents upon the following counsel by email:

Wynter L. Deagle (Bar No. 296501)
Kristin P. Housh (Bar No. 286651)
Anne-Marie D. Dao (Bar No. 282632)
Dane C. Brody Chanove (Bar No. 345843)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
wdeagle@sheppardmullin.com
khoush@sheppardmullin.com
adao@sheppardmullin.com
dbrodychanove@sheppardmullin.com

Tenaya Rodewald (Bar No. 248563)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601
trodewald@sheppardmullin.com

Kari M. Rollins (*Pro Hac Vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza New York
New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701
krollins@sheppardmullin.com
cglover@sheppardmullin.com

Nolan J. Walter (Bar No. 325021)
Kevin Murphy (Bar No. 346041)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
nwalter@sheppardmullin.com
kemurphy@sheppardmullin.com

*Attorneys for Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*

*/s/ Melissa L. Yeates*
Melissa L. Yeates