| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | WYNTER L. DEAGLE, Cal Bar No. 296501 |
| 2 | wdeagle@sheppardmullin.com |
| | KRISTIN P. HOUSH, Cal Bar No. 286651 |
| 3 | khoush@sheppardmullin.com |
| 4 | ANNE-MARIE D. DAO, Cal Bar No. 282632 |
| | adao@sheppardmullin.com |
| 5 | DANE C. BRODY CHANOVE, Cal Bar No. 345843 |
| | dbrodychanove@sheppardmullin.com |
| 6 | 12275 El Camino Real, Suite 100 |
| 7 | San Diego, California 92130-4092 |
| | Telephone:  858.720.8900 |
| 8 | Facsimile:  858.509.3691 |
| 9 | TENAYA RODEWALD, Cal Bar No. 248563 |
| | trodewald@sheppardmullin.com |
| 10 | 1540 El Camino Real, Suite 120 |
| 11 | Menlo Park, CA 94025 |
| | Telephone:  650.815.2600 |
| 12 | Facsimile:  650.815.2601 |

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, AND ALEXIS SUTTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | Case No. 3:23-cv-02865-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE STATEMENT AND/OR DECLARATION IN SUPPORT OF SEALING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>District Judge:    Hon. Edward M. Chen<br>Magistrate Judge:    Hon. Peter H. Kang<br><br>Consolidated Complaint Filed: Dec. 6, 2024<br>Trial Date:    July 20, 2026 |

# STIPULATION

This Stipulation is entered into by and among Plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V and Alexis Sutter, individually an on behalf of all others similarly situated (each a "Plaintiff" and collectively "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals and Kaiser Foundation Health Plan of Washington ("Kaiser" or "Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel.

WHEREAS, on December 6, 2024, Plaintiffs filed their Consolidated Master Class Action Complaint (ECF No. 270) ("Complaint");

WHEREAS, on December 6, 2024, pursuant to Civil Local Rule 79-5(f), Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Re: Consolidated Master Class Action Complaint (ECF No. 270), which provisionally seals material from numerous paragraphs in the Complaint due to those paragraphs containing or referring to material from documents that Kaiser produced to Plaintiffs in this Action and designated as Confidential or Highly Confidential – Attorney's Eyes Only under the Protective Order;

WHEREAS, Kaiser is working to identify the source material for these paragraphs, review the material in the Complaint that has been provisionally filed under seal, and the documents from which that material was sourced, to determine for which specific lines and paragraphs in the Complaint Kaiser will seek sealing, and to prepare a declaration in support of sealing for such material;

WHEREAS, under Civil Local Rule 79-5(f), the deadline for Kaiser to file a statement and/or declaration in support of sealing would be December 13, 2024 absent an extension from the Court;

WHEREAS, there have been no prior extensions of the deadline for Kaiser to file a statement and/or declaration in support of sealing, and extension of this deadline will not impact any other deadlines in this Action;

WHEREAS, this stipulation is made without prejudice to any defenses Defendants may

1 assert in this action;

2 NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective

3 counsel, that the deadline for Kaiser to file a statement and/or declaration pursuant to Civil Local

4 Rules 79-5 in support of sealing with respect to the Consolidated Master Class Action Complaint

5 shall be extended by seven days to December 20, 2024.

6 **IT IS SO STIPULATED.**

7 Dated: December 11, 2024  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Tenaya Rodewald*
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone:    650.815.2600
Facsimile:    650.815.2601

KARI M. ROLLINS *(Pro Hac Vice)*
krollins@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:    212.653.8700
Facsimile:    212.653.8701

JOHN F. BURNS, Cal Bar No. 290523
jburns@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:    619.234.3815

|   |   |   |
|---|---|---|
| 1 | | NOLAN J. WALTER, Cal Bar No. 325021 |
| 2 | | nwalter@sheppardmullin.com |
|   | | KEVIN MURPHY, Cal Bar No. 346041 |
| 3 | | kemurphy@sheppardmullin.com |
|   | | 1901 Avenue of the Stars, Suite 1600 |
| 4 | | Los Angeles, California 90067-6055 |
|   | | Telephone: 310.228.3700 |
| 5 | | Facsimile: 310.228.3701 |

MELISSA MEDHAT MIKAIL, Cal Bar No. 323212
mmikail@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser
Foundation Hospitals, and Kaiser Foundation Health
Plan of Washington

Dated: December 11, 2024        **KESSLER TOPAZ MELTZER & CHECK, LLP**

By        */s/ Tyler S. Graden*
JENNIFER L. JOOST
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

Joseph H. Meltzer (Pro Hac Vice)
jmeltzer@ktmc.com
Melissa L. Yeates (Pro Hac Vice)
myeates@ktmc.com
Tyler S. Graden (Pro Hac Vice)
tgraden@ktmc.com
Jordan E. Jacobson
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-705

**CARELLA, BYRNE, CECCI, OLSTEIN, BRODY & AGNELLO, P.C.**
James Cecchi (Pro Hac Vice)
jcecchi@carellabyrne.com
Kevin Cooper (Pro Hac Vice)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, NJ 07068

Zachary A. Jacobs (Pro Hac Vice)
zjacobs@carellabyrne.com
222 S. Riverside Plaza
Chicago, IL 60606

*Interim Co-Lead Class Counsel*

## **ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), the Filer attests that concurrence in the filing of this document has been obtained from all signatories.

DATED: December 11, 2024

*/s/ Tenaya Rodewald*
Tenaya Rodewald

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December _____, 2024

_____
Hon. Edward M. Chen
United States Senior District Judge