SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING ENLARGEMENT OF PAGE LIMIT FOR MOTION TO DISMISS CONSOLIDATED MASTER CLASS ACTION COMPLAINT**

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

Consolidated Complaint Filed: December 6, 2024
Trial Date: July 20, 2026

Pursuant to Local Rule 7-12, Plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to the following:

WHEREAS, on December 6, 2024, Plaintiffs filed a Consolidated Master Class Action Complaint ("CMC") in this matter;

WHEREAS, Defendants seek additional pages for their motion to dismiss because the CMC contains twenty-one (21) causes of action implicating federal law and the laws of seven (7) states and the District of Columbia, and is brought on behalf of nine (9) plaintiffs and eighteen (18) classes and distinct sub-classes; accordingly, due to the complexity of the legal issues and number of claims Defendants respectfully request that they be permitted to file a motion to dismiss of no more than 45 pages; and

WHEREAS, Plaintiffs do not oppose Defendants' request for additional pages and, if the Court grants Defendants' request for an extension of the page limits, Plaintiffs believe they will require more than the twenty-five (25) pages for opposition memorandum allowed under Local Rules 7-2 and 7-3.

NOW, THEREFORE, it is hereby stipulated by and between Plaintiffs and Defendants that:

1. Defendants' supporting memorandum shall be forty-five (45) pages or less.
2. Plaintiffs' opposition memorandum shall be forty-five (45) pages or less.
3. Defendants' reply memorandum shall be twenty (20) pages or less.

IT IS SO STIPULATED.

Dated: December 20, 2024 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ *Anne-Marie D. Dao*

WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com

ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

KARI M. ROLLINS *(Pro Hac Vice)*
krollins@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

JOHN F. BURNS, Cal Bar No. 290523
jburns@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

NOLAN J. WALTER, Cal Bar No. 325021
nwalter@sheppardmullin.com
KEVIN MURPHY, Cal Bar No. 346041
kemurphy@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

MELISSA MEDHAT MIKAIL, Cal Bar No. 323212
mmikail@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

Dated: December 20, 2024

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By *_/s/ Tyler S. Graden_*
JENNIFER L. JOOST, Cal Bar No. 296164
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: 415.400.3000
Facsimile: 415.400.3001

JOSEPH H. MELTZER *(Pro Hac Vice)*
jmeltzer@ktmc.com
MELISSA L. YEATES *(Pro Hac Vice)*
myeates@ktmc.com
TYLER S. GRADEN *(Pro Hac Vice)*
tgraden@ktmc.com
JORDAN E. JACOBSON
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610.667.7706
Facsimile: (610) 667.7056

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
JAMES CECCHI *(Pro Hac Vice)*
jcecchi@carellabyrne.com
KEVIN COOPER*(Pro Hac Vice)*
kcooper@carellabyrne.com
MICHAEL A. INNES (*Pro Hac Vice forthcoming)*
minnes@carellabyrne.com
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973.994.1700

ZACHARY A. JACOBS (*Pro Hac Vice)*
222 S. Riverside Plaza
Chicago, IL 60606
Telephone: 973. 994.1700
zjacobs@carellabyrne.com

*Interim Co-Lead Class Counsel*

**LAW OFFICES OF ROBERT MACKEY**
ROBERT MACKEY, Cal Bar No. 25961
bobmackeyesq@aol.com
660 Baker Street
Building A, Ste. 201
Costa Mesa, CA 92626
Telephone: 412.370.9110

**MIGLIACCIO & RATHOD LLP**
JASON S. RATHOD (*Pro Hac Vice)*
jrathod@classlawdc.com
412 H Street NE, no. 302,
Washington, DC, 20002
Telephone: (202) 470-3520

Additional counsel for Plaintiff Alexis Sutter

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories whose signatures are indicated above by a conformed signature ("/s/") within this e-filed document.

DATED: December 20, 2024

*/s/ Anne-Marie D. Dao*
Anne-Marie D. Dao

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 8, 2025, ~~2024~~

By: ______________________________
HON. EDWARD M. CHEN
Senior United States District Judge