SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, AND ALEXIS SUTTER individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**JOINT STIPULATION EXTENDING BRIEFING AND CASE SCHEDULE**

Judge: Hon. Edward M. Chen

This Stipulation is entered into by and among Plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter, individually an on behalf of all others similarly situated (each a "Plaintiff" and collectively "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington (each a "Defendant" and collectively "Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel.

WHEREAS, on December 28, 2023, this Court entered the Parties' Joint Stipulation Regarding Case Management Schedule, as Modified, which set forth a case management schedule. *See* ECF 107.

WHEREAS, on June 25, 2024, this Court entered the Parties' Joint Stipulation Extending Briefing Schedule, which also set forth a new case management schedule for the remainder of the case. *See* ECF 178.

WHEREAS, at the October 30, 2024 Case Management Conference, after this Court had consolidated this action with two subsequently filed cases, severed claims asserted against Google LLC and Meta Platforms, Inc. in one of those actions, and appointed the law firms of Kessler Topaz Meltzer & Check, LLP and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. to serve as Interim Co-Lead Class Counsel, the Court instructed the Parties to confer and submit a stipulated schedule.

NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, to the following schedule:

| Action | Current Schedule | New Proposed |
|---|---|---|
| **Defendants Motion to Dismiss /Motion to Compel Arbitration** | Wednesday, July 3, 2024 | Tuesday, January 28, 2025 |
| **Plaintiffs Opp to Motion to Dismiss and Motion to Compel Arbitration** | Thursday, August 22, 2024 | Tuesday, March 4, 2025 |
| **Defendants' Replies ISO Motion to Dismiss and Motion to Compel** | Monday, Sept 16, 2024 | Friday, April 11, 2025 |

| Action | Current Schedule | New Proposed |
|---|---|---|
| **Arbitration** | | |
| **Hearing on Defendants' Motion to Dismiss and Motion to Compel Arbitration** | Thursday, Oct 10, 2024 at 1:30pm | Thursday, May ~~8,~~ 29, 2025 at 1:30pm |
| **Class Certification Motion; Class Certification Expert Report Deadline** | Friday, February 7, 2025 | Friday, August 29, 2025 |
| **Opposition to Class Certification Motion; Class Certification Rebuttal Expert Report Deadline** | Tuesday, April 8, 2025 | Tuesday, October 28, 2025 |
| **Reply in Support of Class Certification Motion; Class Certification Reply Expert Report Deadline** | Friday, May 23, 2025 | Friday, December 12, 2025 |
| **Class Certification Hearing** | Thursday, July 10, 2025 at 1:30 pm | Thursday, January 29, 2026 at 1:30 pm |
| **Close of Fact Discovery** | Wednesday, September, 24, 2025 | Wednesday, April 15, 2026 |
| **Affirmative Merits Expert Disclosures and Reports** | Wednesday, September, 24, 2025 | Wednesday, April 15, 2026 |
| **Responsive Expert Disclosures and Reports** | Wednesday, November 5, 2025 | Thursday, May 28, 2026 |
| **Rebuttal Expert Disclosures and Reports** | Wednesday, December 3, 2025 | Friday, June 26, 2026 |
| **Close of Expert Discovery** | Wednesday, December 17, 2025 | Friday, July 10, 2026 |
| **Last Day to File Dispositive Motions** | Wednesday, January 7, 2026 | Friday July 24, 2026 |
| **Oppositions to Dispositive** | Mon, February 9, 2026 | Friday, August 21, 2026 |

| Action | Current Schedule | New Proposed |
|---|---|---|
| **Motions** | | |
| **Reply in Support of Dispositive Motions** | Monday, February 23, 2026 | Friday, September 4, 2026 |
| **Hearing Date for Dispositive Motions** | Thursday, March 26, 2026 | Thursday, October 1, 2026 |
| **Meet and Confer re Joint Pretrial Conference Statement** | Tuesday, May 12, 2026 | Tuesday, October 27, 2026 |
| **Joint Pretrial Conference Statement** | Tuesday, June 2, 2026 | Tuesday, November 17, 2026 |
| **Pretrial Conference** | Tuesday, June 23, 2026 at 2:30 pm | Tuesday, December ~~8~~ 15, 2026 at 2:30 p.m. |
| **Objections** | Friday, July 10, 2026 | Friday, January 15, 2027 |
| **Trial Date** | Monday, July 20, 2026 | Monday, January 25, 2027 |
| **Trial Length** | 10 days | 10 days |

DATED: December 20, 2024

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

/s/ *Anne-Marie D. Dao*
Wynter L. Deagle, Cal Bar No. 296501
wdeagle@sheppardmullin.com
Kristin P. Housh, Cal Bar No. 286651
khoush@sheppardmullin.com
Anne-Marie D. Dao, Cal Bar No. 282632
adao@sheppardmullin.com
Dane C. Brody Chanove, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Kari M. Rollins (appearance *pro hac vice*)
krollins@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112-0015

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Tenaya Rodewald, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
John F. Burns, Cal Bar No. 290523
jburns@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone: (619) 338-6500
Facsimile: (619) 234-3815

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Nolan J. Walter, Cal Bar No. 325021
nwalter@sheppardmullin.com
Kevin Murphy
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Melissa Medhat Mikail, Cal Bar No. 323212
mmikail@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513.5100
Facsimile: (714).513.5130

*Attorneys for Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*

DATED: December 20, 2024

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ *Tyler S. Graden*
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)

tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and–

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and–

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

-and-

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*

Robert Mackey, Cal Bar No. 125961
**LAW OFFICES OF ROBERT MACKEY**
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

Jason S. Rathod
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

Pursuant to Civil L.R. 5-1(h)(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories whose signatures are indicated above by a conformed signature ("/s/") within this e-filed document.

DATED: December 20, 2024

Respectfully submitted,

/s/ *Anne-Marie D. ao*
Anne-Marie D. Dao

**~~[PROPOSED]~~ ORDER AS MODIFIED**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 28, ~~2024~~ 2025

By: [signature]
HON. EDWARD M. CHEN
Senior United States District Judge