**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the proposed Classes*
(*Additional Attorneys Listed on Signature Page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | Lead Case No. 3:23-cv-02865-EMC<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. Edward Chen<br>Date:   February 11, 2025<br>Time:   4:00 p.m.<br><br>District Judge:      Hon. Edward M. Chen<br>Magistrate Judge:  Hon. Peter H. Kang<br><br>CAC Filed:    December 6, 2024<br>Trial Date:   January 25, 2027 |

Pursuant to the October 30, 2024 Order (ECF No. 254), John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively, the "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington (collectively "Kaiser" or "Defendants") (and together with Plaintiffs, the "Parties"), hereby submit their Joint Status Conference Statement in advance of the February 11, 2025 Conference.

### A. Consolidated Master Class Action Complaint and Case Schedule

On December 6, 2024, Plaintiffs filed their Consolidated Master Class Action Complaint (ECF No. 271) ("Master Complaint"). The Master Complaint consolidates the claims brought by Plaintiffs in *Doe v. Kaiser Foundation Health Plan, Inc.* Case No. 3:23-cv-02865 (N.D. Cal.) with other claims brought by new plaintiffs who filed new complaints and/or were subsequently added as new plaintiffs to the Master Complaint after this Court granted in part and denied in part Kaiser's Motion to Dismiss Plaintiffs' First Amended Complaint on April 11, 2024 (ECF No. 124) pursuant to this Court's consolidation Order (ECF No. 233). Specifically, the Master Complaint includes a new plaintiff from Colorado, John Doe III, and Virginia resident Alexis Sutter. Additionally, on August 27, 2024, the Court had also previously granted *Doe* Plaintiffs' Rule 23(g) Motion and appointed Kessler Topaz Meltzer & Check ("Kessler Topaz") and Carella, Byrne, Cecchi, Olstein Brody & Agnello ("Carella Byrne") as interim co-lead class counsel ("Interim Class Counsel") for the putative classes. (ECF No. 233).

On January 28, 2025, this Court entered as modified the Parties' Joint Stipulation setting, *inter alia*, a January 28, 2025 deadline for Kaiser to move to dismiss or compel arbitration, an August 29, 2025 deadline for Plaintiffs' motion for class certification, an April 15, 2026 deadline for the close of fact discovery, a July 10, 2026 deadline for the close of expert discovery, and a January 25, 2027 trial date. (ECF No. 299). On January 28, 2025, Kaiser moved to compel the claims of California Plaintiff John Doe to arbitration, and also moved to dismiss 15 of the 22 Counts brought in the Master Complaint. Plaintiffs Opposition is due March 4, 2025, Kaiser's Reply is due April 11, 2025, and argument is scheduled for May 29, 2025.

B. **Discovery**

Discovery in this action began on October 17, 2023, following the Initial Case Management Conference (ECF No. 107). At the Court's direction, the Parties agreed to phase discovery, with Phase I discovery focused on certain categories of information needed for mediation, and all other Phase II discovery reserved for post-mediation, in the event of an unsuccessful mediation. (ECF Nos. 77, 167). Mediation was not successful and, accordingly, discovery is now fully open. The Parties have been attending monthly in-person Discovery Management Conferences ("DMC") with Judge Kang since October 18, 2024, with the next DMC scheduled for March 13, 2025.[1]

As of February 4, 2025, Kaiser has made 31 document productions consisting of a total of 38,405 documents and has served privilege logs associated with two of its production volumes. Plaintiffs have made ten productions consisting of a total of 352 documents. Plaintiffs have not served any privilege logs to date. Kaiser has also responded to interrogatories, which are part of the parties' continuing conferrals.

Plaintiffs are also in the process of collecting discovery from various third parties through subpoenas, including: Alphabet, Inc./Google, Microsoft/Bing, X Corp./Twitter, Adobe, Quantum Metric, Dynatrace, and other third-party vendors that Kaiser used for marketing.

The Parties have reached an agreement on ESI custodians and are currently in the process of negotiating ESI keywords, and conferring on various other discovery issues.

To date, no depositions have been noticed or taken.

C. **Pending Motions**

Kaiser filed their Motion to Dismiss and Motion to Compel Arbitration on John Doe on January 28, 2025. Plaintiffs' oppositions to Kaiser's Motions are due March 4, 2025. Kaiser's replies are due April 11, 2025 and argument is scheduled for May 29, 2025. No other motions are pending.

---

[1] At the January DMC, Judge Kang took the February DMC off calendar, and has—at least for the time being—switched the DMCs to occur on a bi-monthly (i.e., every other month) basis.

D. **Settlement and ADR**

The Parties attended an in-person mediation on October 1 and 2, 2024 before the Honorable Wayne R. Anderson (Ret.) in Chicago, Illinois. However, the mediation did not result in a settlement.

DATED: February 4, 2025

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

By: /s/ Tyler S. Graden
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and–

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and–

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

-and-

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)

zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*

Robert Mackey, Cal Bar No. 125961
**LAW OFFICES OF ROBERT MACKEY**
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

Jason S. Rathod
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*

Dated: February 4, 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By    */s/ Anne-Marie D. Dao*
    Wynter L. Deagle, Cal Bar No. 296501
    wdeagle@sheppardmullin.com
    Kristin P. Housh, Cal Bar No. 286651
    khoush@sheppardmullin.com
    Anne-Marie D. Dao, Cal Bar No. 282632
    adao@sheppardmullin.com
    Dane C. Brody Chanove, Cal Bar No. 345843
    dbrodychanove@sheppardmullin.com
    12275 El Camino Real, Suite 100
    San Diego, California 92130-4092
    Telephone:    858.720.8900
    Facsimile:    858.509.3691

    Tenaya Rodewald, Cal Bar No. 248563
    trodewald@sheppardmullin.com
    1540 El Camino Real, Suite 120
    Menlo Park, CA 94025
    Telephone:    650.815.2600
    Facsimile:    650.815.2601

    Kari M. Rollins *(Pro Hac Vice)*
    krollins@sheppardmullin.com
    30 Rockefeller Plaza
    New York, New York 10112-0015

Telephone: 212.653.8700
Facsimile: 212.653.8701

Nolan J. Walter, Cal Bar No. 325021
nwalter@sheppardmullin.com
Kevin Murphy, Cal Bar No. 346041
kemurphy@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*

## **ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all signatories.

DATED: February 4, 2025

                                         */s/ Tyler S. Graden*
                                         Tyler S. Graden