**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF TYLER S. GRADEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED MASTER COMPLAINT**

*Filed concurrently with Opposition and [Proposed] Order*

Judge: Hon. Edward M. Chen

I, Tyler S. Graden, hereby declare as follows:

1. I am a partner with the law firm Kessler Topaz Meltzer & Check, LLP, counsel for Plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter ("Plaintiffs") in the above-captioned matter. I make this declaration based on my personal knowledge and would be competent to testify to the matters stated in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of a document Bates numbered KP_14_00181292-293, which Kaiser produced on July 12, 2024.

3. Attached as **Exhibit B** is a true and correct copy of a document Bates numbered KP_14_00181281-282, which Kaiser produced on July 12, 2024.

4. Attached as **Exhibit C** is a true and correct copy of a document Bates numbered KP_14_00181290-291, which Kaiser produced on July 12, 2024.

5. Attached as **Exhibit D** is a true and correct copy of a document Bates numbered KP_12_00060178-8, which Kaiser produced on June 28, 2024.

6. Attached as **Exhibit E** is a true and correct copy of a document Bates numbered KP_12_00044604-00044604_0004, which Kaiser produced on February 14, 2025.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge. This declaration was executed on March 4, 2025, in Radnor, Pennsylvania.

*/s/ Tyler S. Graden*
Tyler S. Graden