SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF JOHN DOE'S CLAIMS AGAINST DEFENDANTS AND REQUEST TO STAY**

Judge: Hon. Edward Chen
Date: May 29, 2025
Time: 1:30 p.m.
Crtrm.: 5

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

Consolidated Complaint Filed: December 6, 2024
Trial Date: January 25, 2027

Plaintiff John Doe's Opposition covers only two pages of substance and recycles failed arguments from his prior opposition to Defendants' initial Motion to Compel Arbitration. The Court granted Defendants' initial motion and ordered that John Doe's post-April 2021 claims be compelled to arbitration. (ECF No. 119.) Not only does John Doe use the same arguments—while making no attempt to differentiate them as to his pre-April 2021 claims—he admits that his Opposition is being filed largely to preserve his right to appeal. (ECF 313 at 3.) The Court should accordingly reject John Doe's arguments as it did before and grant Defendants' Motion as to John Doe's pre-April 2021 claims.

The crux of John Doe's arguments, which he admits were "articulated in his prior Opposition to Kaiser's Motion to Compel his post-2021[,]" is that the Evidence of Coverage ("EOC") is not the contract that governs John Doe's claims—which involve Kaiser Foundation Health Plan, Inc.'s website and mobile application—but that the Terms and Conditions govern instead. John Doe, however, makes no attempt to differentiate the Court's prior ruling on this very argument. In its March 26, 2024 order, this Court held that the arbitration agreement in the EOC is (1) valid, (2) extends to the Terms and Conditions, and (3) encompasses John Doe's claims. (ECF No. 119.) This Court explained that:

> the arbitration clause as worded is quite broad—covering claims related to an alleged violation of a duty related to the EOC as well as claims related to a Member's relationship to Kaiser. The claims here fall within that broad language. Furthermore, one of the examples given of an arbitrable claim is a claim relating to the coverage for or delivery of services or items. The website and mobile application fall under that category.

(*Id.* at 13–14.) John Doe provides no argument for why this Court should deviate from its prior ruling when applied to his pre-2021 claims. His Opposition ends with a concession and reservation of rights to appeal this Court's upcoming decision:

> While necessarily preserving its arguments on these issues, Plaintiff acknowledges that the Court disagreed with Plaintiff's prior positions in a manner that effectively resolves the Motion in Kaiser's favor. In light of the Court's prior analysis and decision (Arbitration Order), Plaintiffs refrain from fully reiterating the arguments made in the prior Opposition. Plaintiffs reserve all rights to appeal both the Court's prior decision regarding arbitration and any forthcoming ruling on the current Motion.

(ECF 313 at 3.).

With a concession from John Doe and no new arguments for the Court to consider in opposition, Defendants respectfully request the Court grant its Motion to compel arbitration, compel arbitration of all of John Doe's claims, and stay John Doe's claims pending completion of arbitration.

Dated: April 10, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *"/s/ Wynter L. Deagle"*

WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
KRISTIN P. HOUSH, Cal Bar No. 286651
khoush@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: 650.815.2600
Facsimile: 650.815.2601

KARI M. ROLLINS *(Pro Hac Vice)*
krollins@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

JOHN F. BURNS, Cal Bar No. 290523
jburns@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

NOLAN J. WALTER, Cal Bar No. 325021
nwalter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

MELISSA MEDHAT MIKAIL, Cal Bar No. 323212
mmikail@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

MARK T. RATWAY (*pro hac vice)*
mratway@sheppardmullin.com
2200 Ross Ave., 20th Floor
Dallas, Texas 75201
Telephone: 469.391.7457

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington