UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1-5, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-02865-EMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Docket No. 300 |

Previously, the Court granted Kaiser's motion to compel arbitration with respect to claims asserted by the named Plaintiff John Doe ("JD"). The Court, however, noted that JD's claims were not based on any conduct predating April 2021 and gave JD leave to amend so that he could, if he wished, plead pre-April 2021 claims. *See* Docket No. 119 (order). In the consolidated master class action complaint ("CAC"), JD now asserts pre-April 2021 claims. *See* CAC ¶ 26. Kaiser moves to compel arbitration of these claims.

Having considered the parties' briefs and accompanying submissions, the Court hereby **GRANTS** Kaiser's motion. JD does not dispute that, for his pre-April 2021 claims, he received health coverage through his father's health insurance (*i.e.*, as a dependent of his father) and that his father signed enrollment forms that contained arbitration provisions, with the full arbitration provision contained in a document entitled "Evidence of Coverage." JD also does not dispute that the arbitration provisions and related documents are all similar to those provisions and related documents that the Court considered in its prior order granting Kaiser's motion to compel arbitration. In his opposition, JD simply repeats his argument (that the Court rejected in its prior order) that "the [Evidence of Coverage] is not the relevant contract regarding [his] claims which

all concern the use of the Site and App" – usage of which is governed by Terms and Conditions, a "stand-alone contract that does not contain an arbitration provision." Opp'n at 2. In essence, JD is simply repeating a rejected argument to preserve the issue for appeal. *See* Opp'n at 3.

Given these circumstances, the Court **GRANTS** Kaiser's motion to compel JD's claims as pled in the CAC. The Court adopts the reasoning articulated in its prior order at Docket No. 119.

This order disposes of Docket No. 300.

**IT IS SO ORDERED**.

Dated: April 13, 2025

_____
EDWARD M. CHEN
United States District Judge