| | |
|---|---|
| KESSLER TOPAZ<br>MELTZER & CHECK, LLP<br>Jennifer L. Joost (Bar No. 296164)<br>jjoost@ktmc.com<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Telephone: (415) 400-3000<br>Facsimile: (415) 400-3001<br><br>KESSLER TOPAZ<br>MELTZER & CHECK, LLP<br>Joseph H. Meltzer (appearance pro hac vice)<br>jmeltzer@ktmc.com<br>Melissa L. Yeates (appearance pro hac vice)<br>myeates@ktmc.com<br>Tyler S. Graden (appearance pro hac vice)<br>tgraden@ktmc.com<br>Jordan E. Jacobson (Bar No. 302543)<br>jjacobson@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Interim Co-Lead Class Counsel*<br>[*Additional Counsel Listed on Signature Page*] | CROWELL & MORING LLP<br>Kristin J. Madigan (SBN 233436)<br>  KMadigan@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile:  415.986.2827<br><br>CROWELL & MORING LLP<br>Jennie Wang VonCannon (SBN 233392)<br>  JVonCannon@crowell.com<br>515 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>Telephone: 213.622.4750<br>Facsimile:  213.622.2690<br><br>CROWELL & MORING LLP<br>Jeffrey L. Poston (appearance *pro hac vice*)<br>  JPoston@crowell.com<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: 202.624.2500<br>Facsimile:  202.628.5116<br><br>*Attorneys for Defendants*<br>*Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | Case No. 3:23-cv-02865-EMC<br><br>**JOINT NOTICE OF PRELIMINARY SETTLEMENT AND REQUEST FOR STAY AND VACATUR OF MAY 29, 2025 HEARING DATE**<br><br>District Judge:    Hon. Edward M. Chen<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Consolidated Complaint<br>   Filed: December 6, 2024<br>Trial Date: January 25, 2027 |

Plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively, the "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington (collectively, "Kaiser" or "Defendants"; and, together with Plaintiffs, the "Parties") have agreed to a binding term sheet that would resolve the claims in this litigation, pending the Court's approval.

The Parties are presently preparing a final and definitive settlement agreement, which they anticipate executing within 45 days of this filing and then presenting for this Court's approval within 30 days thereafter (*i.e.*, within 75 days of this filing).

To avoid any unnecessary waste of judicial resources and to allow the Parties to focus their efforts entirely on finalizing the settlement, the Parties jointly and respectfully request that the Court stay this litigation in its entirety and vacate the hearing set for May 29, 2025 (Docket Nos. 299, 303).

Dated: May 14, 2025

Respectfully submitted,

KESSLER TOPAZ MELTZER & CHECK, LLP

By: */s/ Tyler S. Graden*
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

KESSLER TOPAZ
MELTZER & CHECK, LLP
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000

|   |   |
|---|---|
| 1 | Facsimile: (415) 400-3001 |
| 2 | -and- |
| 3 | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. |
| 4 | James E. Cecchi (appearance *pro hac vice*) jcecchi@carellabyrne.com |
| 5 | Michael A. Innes (*pro hac vice* forthcoming) minnes@carellabyrne.com |
| 6 | Kevin G. Cooper (appearance *pro hac vice*) kcooper@carellabyrne.com |
| 7 | 5 Becker Farm Road Roseland, New Jersey 07068 |
| 8 | Telephone: (973)-994-1700 Facsimile: (973)-994-1744 |
| 9 |   |
|   | -and- |
| 10 |   |
|   | CARELLA, BYRNE, CECCHI, |
| 11 | OLSTEIN, BRODY & AGNELLO, P.C. Zachary Jacobs (appearance *pro hac vice*) |
| 12 | zjacobs@carellabyrne.com 222 S Riverside Plaza |
| 13 | Chicago, Illinois 06606 |
| 14 | *Interim Co-Lead Class Counsel* |
| 15 | LAW OFFICES OF ROBERT MACKEY Robert Mackey, Cal Bar No. 125961 |
| 16 | bobmackeyesq@aol.com 16320 Murphy Road |
| 17 | Sonora, CA 95370 Telephone: (412) 370-9110 |
| 18 |   |
| 19 | MIGLIACCIO & RATHOD LLP Jason S. Rathod (*pro hac vice* forthcoming) |
|   | jrathod@classlawdc.com |
| 20 | 412 H Street NE, no. 302, Washington, DC, 20002 |
| 21 | Telephone: (202) 470-3520 |
| 22 | *Additional Counsel for Plaintiff Alexis Sutter* |
| 23 | Dated:  May 14, 2025   Respectfully submitted, |
| 24 |   |
|   | CROWELL & MORING LLP |
| 25 |   |
| 26 |   |
|   | By:   */s/ Kristin J. Madigan* |
| 27 | Kristin J. Madigan KMadigan@crowell.com |
| 28 | 3 Embarcadero Center, 26th Floor |

San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CROWELL & MORING LLP
Jennie Wang VonCannon (SBN 233392)
 JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Jeffrey L. Poston (appearance *pro hac vice*)
 JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*

## **ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all signatories.

Dated: May 14, 2025

*/s/ Kristin J. Madigan*
Kristin J. Madigan