**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Interim Co-Lead Class Counsel*
[*Additional Counsel Listed on Signature Page*]

**CROWELL & MORING LLP**
Kristin J. Madigan (SBN 233436)
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

**CROWELL & MORING LLP**
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Jeffrey L. Poston (appearance *pro hac vice*)
JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, AND JANE DOE V, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

CLASS ACTION

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF KAISER FOUNDATION HOSPITAL AND KAISER FOUNDATION HEALTH PLAN OF WASHINGTON PENDING COURT APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT**

Date: October 23, 2025
Time: 1:30 p.m.
Courtroom: 5

Judge: Hon. Edward M. Chen

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, and Jane Doe V (collectively, "Plaintiffs") in the above-captioned action and Defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan of Washington, by and through their respective counsel, hereby stipulate as follows:

1. All of Plaintiffs' claims against Kaiser Foundation Hospitals and Kaiser Foundation Health Plan of Washington shall be dismissed without prejudice pending the Court's final approval of the class action settlement and entry of final judgment.
2. Kaiser Foundation Hospitals and Kaiser Foundation Health Plan of Washington shall be dismissed in full, without prejudice, from the action, which dismissal shall convert to with prejudice as of the date when the Court's Final Order and Judgment Approving Settlement becomes final as a matter of law and non-appealable.
3. Each party shall bear its own fees and costs.

Dated: August 19, 2025

**CROWELL & MORING LLP**

By: /s/ *Kristin J. Madigan*
Kristin J. Madigan
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

**CROWELL & MORING LLP**
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Jeffrey L. Poston (appearance *pro hac vice*)
JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc.,*

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ *Melissa L. Yeates*
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

*Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

-and-

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*

**LAW OFFICES OF ROBERT MACKEY**
Robert Mackey, Cal Bar No. 125961
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

**MIGLIACCIO & RATHOD LLP**
Jason S. Rathod (*pro hac vice* forthcoming)
jrathod@classlawdc.com
412 H Street NE, No. 302,
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*