**LABATON KELLER SUCHAROW LLP**
Jonathan D. Waisnor (SBN 5137302)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jwaisnor@labaton.com

*Attorneys for Prospective Objectors*
*[Additional Counsel Listed on Signature Page]*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Interim Co-Lead Class Counsel*
*[Additional Counsel Listed on Signature Page]*

**CROWELL & MORING LLP**
Kristin J. Madigan (SBN 233436)
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

**CROWELL & MORING LLP**
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

*Attorneys for Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington*
*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, AND JANE DOE V, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | Case No. 3:23-cv-02865-EMC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINES FOR RESPONSES TO PROPOSED SETTLEMENT**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter ("Plaintiffs") and Defendant Kaiser Foundation Health Plan, Inc. (together, the "Stipulating Parties"), by and through their undersigned counsel, hereby stipulate the following:

WHEREAS, on August 19, 2025, Plaintiffs and Kaiser Foundation Health Plan, Inc. filed a Motion for Settlement Preliminary (the "Preliminary Approval Motion") seeking approval of a proposed settlement between Plaintiffs and Kaiser Foundation Health Plan Inc., preliminary certification of a proposed settlement class, approval of a proposed plan for providing notice of the proposed settlement to the proposed settlement class, and setting a final approval hearing date (ECF No. 345);

WHEREAS, the undersigned attorneys from Labaton Keller Sucharow LLP and Milberg Coleman Bryson Phillips Grossman, PLLC represent individuals who intend to oppose the Preliminary Approval Motion (the "Prospective Objectors").

WHEREAS, Monday, September 1, 2025, is Labor Day, a federal holiday;

WHEREAS, any response to the Preliminary Approval Motion is currently due on September 2, 2025, and any reply thereto is currently due on September 9, 2025;

WHEREAS, in light of the federal holiday and as a professional courtesy, the parties agreed to request the Court approve a reciprocal one-week extension of any deadline to respond to the Preliminary Approval Motion and to reply to any response to the Preliminary Approval motion by one week.

WHEREAS, the Court previously ordered the following extensions of time in this case: Kaiser's Administrative Motion to Continue Case Management Conference (ECF No. 39); Kaiser's Motion for Extension of Time to File Response/Reply as to Plaintiffs' Motion for Preliminary Injunction (ECF No. 70); the Joint Stipulation and Order Extending Deadline for Defendants to File Statement and/or Declaration in Support of Sealing Pursuant to Civil Local Rule 79-5 (ECF No. 145); Kaiser's Administrative Motion for Extension of Time (ECF No. 149); Joint Stipulation Extending Deadline for Third-Party Quantum Metric Inc's Statement and/or Declaration in Support of Sealing Pursuant to Civil Local Rule 79-5 (ECF No. 150); Kaiser's Administrative Motion to Continue

Discovery Hearing re 171 Order on Administrative Motion per Civil Local Rule 7-11 (ECF No. 169); Joint Stipulation to Extend Briefing Schedule (ECF No. 176); Joint Stipulation Extending Deadline to File Statement and/or Declaration in Support of Sealing Pursuant to Civil Local Rule 79-5 (ECF No. 228); Kaiser's Administrative Motion to continue November 15, 2024 discovery management conference (ECF No. 247); Joint Stipulation Extending Deadline for Defendants to File Statement and/or Declaration in Support of Sealing Pursuant to Civil Local Rule 79-5 (ECF No. 275); Joint Stipulation Extending Briefing and Case Schedule (ECF No. 299); Joint Stipulation Extending Deadline for Defendants to File Statement and/or Declaration in Support of Sealing Pursuant to Civil Local Rule 79-5 (ECF No. 319);

WHEREAS, there have been no prior extensions of the deadline to respond to the Preliminary Approval Motion or the time to file a reply to any response to the Preliminary Approval Motion, and extension of this deadline will not impact any other deadlines in this action;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, as follows:

1. any response to the Preliminary Approval Motion be due September 9, 2025; and
2. any replies to any response to the Preliminary Approval Motion be due September 23, 2025.

Dated: August 28, 2025

Respectfully submitted,

**CROWELL & MORING LLP**

By: /s/ *Kristin J Madigan*
Kristin J. Madigan KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

**CROWELL & MORING LLP**
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ *Tyler S. Graden*
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CROWELL & MORING LLP**
Jeffrey L. Poston (appearance *pro hac vice*)
JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc.*
*Kaiser Foundation Hospitals, and*
*Kaiser Foundation Health Plan of Washington*

**LABATON KELLER SUCHAROW LLP**

By: /s/ *Jonathan D. Waisnor*
Jonathan D. Waisnor (SBN 5137302)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jwaisnor@labaton.com

-and-

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson (SBN 317598)
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.: (858) 209-6941
jnelson@milberg.com

*Attorneys for Prospective Objectors*

-and-

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road Roseland
New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

-and-

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*

**LAW OFFICES OF ROBERT MACKEY**
Robert Mackey, Cal Bar No. 125961
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

**MIGLIACCIO & RATHOD LLP**
Jason S. Rathod (*pro hac vice* forthcoming)
jrathod@classlawdc.com
412 H Street NE, No. 302
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories whose signatures are indicated above by a conformed signature ("/s/") with this e-filed document.

Dated: August 28, 2025

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

/s/ *Jonathan D. Waisnor*
Jonathan D. Waisnor

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 8/29/2025

Hon. Edward M. Chen
United States Senior District Judge