Jonathan Gardner (Pro Hac Vice Application Pending)
jgardner@labaton.com
Jonathan D. Waisnor (SBN 345801)
jwaisnor@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Daniel Bryson (Pro Hac Vice Application Forthcoming)
dbryson@brysonpllc.com
**BRYSON HARRIS SUCIU DEMAY, PLLC**
900 West Morgan Street
Raleigh, NC 27603
Tel.: 919-815-4843

Alex R. Straus (SBN 321366)
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** 280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (866) 252-0878
Facsimile: (865) 522-0049

*Counsel for Objectors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, AND JANE DOE V, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | Case No. 3:23-cv-02865-EMC<br><br><u>CLASS ACTION</u><br><br>**OBJECTORS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO THE MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil L.R. 7-3(d), Objectors Jessica Guevara, Linda Rodriguez, Yara Garcia, Cindy Barkho, Nicole Reynolds and Oscar Ocaranza (altogether "Objectors") respectfully seek to file a sur-reply in further opposition to the Motion for Preliminary Approval of the Proposed Class Action Settlement (the "Proposed Settlement" or "Settlement Motion").

**ARGUMENT**

The reply brief filed by plaintiffs John Doe, John Doe II, John Doe III, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively, "Plaintiffs") represented by the law firms of Kessler Topaz Meltzer & Check LLP, Carella, Byrne, Cecchi, Brody & Agnello, P.C., the Law Offices of Robert Mackey, and Migliaccio & Rathod LLP ("Class Counsel") raise a number of new arguments in response to Objectors' Memorandum of Law in Opposition to the Motion for Preliminary Approval of the Proposed Class Action Settlement ("Objection") which were not present in and are unsupported by the initial Settlement Motion. Objectors should be permitted to file a sur-reply to respond to these new arguments, and to address factual inaccuracies raised in Class Counsel's reply brief. A copy of the proposed sur-reply is attached hereto as Exhibit A, and copies of Jonathan D. Waisnor's and Daniel Bryson's declarations in support of the sur-reply are attached to Jonathan D. Waisnor's Declaration as Exhibits B, C.

"District Courts have the inherent discretion to permit sur-replies." *EEOC v. Sunshine Raisin Corp.*, No. 21-CV-01424, 2023 WL 4352426, at *1 (E.D. Cal. June 13, 2023); *see, e.g.*, Order Granting Def.'s Admin. Mot. to File PeopleConnect's Sur-Reply in Further Opposition to Pl.'s Am. Mot. For Class Certification & Decls. in Support of Sur-Reply Under Seal, *Callahan v. PeopleConnect Inc.*, No. 3:20-CV-09203 (N.D. Cal. Dec. 5, 2023), ECF No. 254 (Chen, J.) (granting motion for leave to file sur-reply). "If a party raises a new argument or presents new evidence in a reply brief, a court may consider these matters only if the adverse party is given an opportunity to respond." *Banga v. Experian Info. Sols., Inc.*, No. 09-CV-04867-SBA, 2013 WL 5539690, at *3 (N.D. Cal. Sept. 30, 2013) (citing *El Pollo Loco v. Hashim,* 316 F.3d 1032, 1040-41 (9th Cir. 2003)). Courts thus consider arguments raised in a sur-reply where reply briefs raise new matters, such as new legal arguments or factual contentions. *See Banga,* 2013 WL 5539690, at *3 n.1 ("The Court will consider

Plaintiff's sur-reply to the extent it presents arguments responding to new matters raised for the first time in Experian's reply brief."); *Lenovo (U.S.) Inc. v. IPCom GmbH & Co., KG*, No. 19-CV-01389, 2022 WL 2644096, at *4 (N.D. Cal. July 8, 2022) (considering arguments raised in a sur-reply to "alleviate any prejudice … from new arguments [] introduced on [r]eply.").

Class Counsel initially designated the Settlement Motion as "unopposed" despite knowledge that Objectors were likely to oppose it, and elected not to address the arbitration claimants, except in a footnoted string cite. *See* Pls' Unopposed Mot. For Preliminary Approval of Proposed Class Action Settlement, Certification of Settlement Class, Notice to Settlement Class & Mem. of Points & Authorities in Support, 7 n.8, ECF No. 345. Their Reply[1] raises a host of new arguments, mischaracterizations, and factual inaccuracies that warrant a response from Objectors. While the Objection references "class counsel" just five times in 25 pages, Class Counsel's Reply contains baseless accusations about Objectors' counsel, their intentions, and their litigation strategy in this matter, wrongly accusing Objectors' counsel of "freerid[ing]" and "never ha[ving] any intention of undertaking the actual work of prosecuting their clients' claims." Reply 2.

These defamatory attempts to impugn the integrity of Objectors' counsel are unsupported by any evidence, and Objectors should be afforded the opportunity to respond, including by introducing other statements by Class Counsel praising Objectors' counsel's representation of clients.

**CONCLUSION**

Objectors respectfully request that this Court grant leave to file a sur-reply in opposition to the proposed settlement attached to the Declaration of Jonathan D. Waisnor as Exhibit A and the accompanying declarations attached as Exhibits B, C.

Dated: October 8, 2025

Jonathan D. Waisnor (SBN 345801)
jwaisnor@labaton.com
Jonathan Gardner (Pro Hac Vice
Application Pending)

[1] Unless otherwise stated, references to "Reply" are to the Pls. Reply in Support of Their Mot. for Preliminary Approval of Proposed Class Action Settlement, Certification of Settlement Class, Notice to Settlement Class, & Mem. of Points & Authorities in Support, ECF No. 353.

jgardner@labaton.com
Morris Dweck (Pro Hac Vice Application Pending)
mdweck@labaton.com
Brent Mitchell (Pro Hac Vice Application Pending)
bmitchell@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Daniel Bryson (Pro Hac Vice Application Forthcoming)
dbryson@brysonpllc.com
**BRYSON HARRIS**
**SUCIU DEMAY, PLLC**
900 West Morgan Street
Raleigh, NC 27603
Tel.: **919-815-4843**

Alex R. Straus (SBN 321366)
astraus@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (866) 252-0878
Facsimile: (865) 522-0049

*Counsel for Objectors*