# APPENDIX A

**APPENDIX A**

Members Who Have Chosen to Arbitrate

Listed below are the seventeen (17) current and former Kaiser Permanente members represented by one or more of the Potter Handy, LLP ("Potter Handy"), Milberg Coleman Bryson Phillips Grossman, LLC ("Milberg"), and Bryson Harris Suciu & DeMay, PLLC ("Bryson") law firms who, as of the filing of the Motion for Preliminary Approval of the Settlement, were actively pursuing arbitration and had not withdrawn from or abandoned arbitration to pursue state court litigation against Kaiser Permanente as a named plaintiff or putative class member as defined in the complaints in the State Court Actions:

- Milberg / Bryson law firms (10 claimants, identified by first and last initial and arbitration case number):

1. B., T. (25-33589)
2. C.-G., A. (25-33589)
3. C., A. (25-33589)
4. C., D. (25-33589)
5. G., G. (25-33589)
6. H., A. (25-33589)
7. P., A. (25-33589)
8. R., A. (25-33589)
9. S., S. (25-33589)
10. T., A. (25-33589)

- Potter Handy (7 claimants identified by first and last initial and arbitration case number):

1. B., N. (A335094)
2. C., J. (A19609)
3. C., D. (A19606)
4. F.J., E. (A19608)
5. G., J. (A19604)
6. K., M. (A19603)
7. V., R. (A19607)