**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

| | |
|---|---|
| **KESSLER TOPAZ** <br> **MELTZER & CHECK, LLP** <br> Joseph H. Meltzer (appearance *pro hac vice*) <br> jmeltzer@ktmc.com <br> Melissa L. Yeates (appearance *pro hac vice*) <br> myeates@ktmc.com <br> Tyler S. Graden (appearance *pro hac vice*) <br> tgraden@ktmc.com <br> Jordan E. Jacobson (Bar No. 302543) <br> jjacobson@ktmc.com <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Telephone: (610) 667-7706 <br> Facsimile: (610) 667-7056 | **CARELLA BYRNE CECCHI** <br> **BRODY & AGNELLO, PC** <br> James E. Cecchi (appearance *pro hac vice*) <br> jcecchi@carellabyrne.com <br> Michael A. Innes (*pro hac vice* forthcoming) <br> minnes@carellabyrne.com <br> Kevin G. Cooper (appearance *pro hac vice*) <br> kcooper@carellabyrne.com <br> 5 Becker Farm Road <br> Roseland, New Jersey 07068 <br> Telephone: (973) 994-1700 <br> Facsimile: (973) 994-1744 |

*Counsel for Plaintiffs and the proposed Classes*
(*Additional Attorneys Listed on Signature Page*)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, <br><br> Defendants. | Lead Case No. 3:23-cv-02865-EMC <br><br> **JOINT STIPULATION RE: AMENDED STIPULATION OF SETTLEMENT AND [AMENDED PROPOSED] PRELIMINARY APPROVAL ORDER** <br><br> District Judge:   Hon. Edward M. Chen <br> Magistrate Judge: Hon. Peter H. Kang <br><br> Consolidated Complaint Filed: Dec. 6, 2024 <br> Trial Date:   Jan. 25, 2027 |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter ("Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, the Permanente Medical Group, Inc., and Kaiser Foundation Health Plan of Washington (collectively, "Kaiser") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate the following:

WHEREAS, on August 13, 2025, the Parties entered into a Stipulation of Settlement in the above captioned action;

WHEREAS, on August 19, 2025, Plaintiffs filed a Motion for Preliminary Approval of Proposed Class Action Settlement, Certification of Settlement Class, Notice to Settlement Class and Memorandum of Points and Authorities in Support ("Motion for Preliminary Approval") [ECF No. 345], which at the time was unopposed;

WHEREAS, on October 3, 2025, the Court entered an Order requesting supplemental briefing on the Motion for Preliminary Approval [ECF No. 362], to which the Parties responded on October 10, 2025 [ECF Nos. 373; 374];

WHEREAS, on October 23, 2025, the Court heard oral argument on the Motion for Preliminary Approval, and subsequently on October 24, 2024, ordered that the Parties confer regarding modifications to the Stipulation of Settlement [ECF No. 384];

WHEREAS, on November 13, 2025, the Parties submitted a Joint Report in Response to Order re Plaintiffs' Motion for Preliminary Approval [ECF No. 388];

WHEREAS, on November 25, 2025, the Court conducted a second hearing on the Motion for Preliminary Approval and provided additional guidance regarding modifications to the Stipulation of Settlement;

WHEREAS, on December 1, 2025, the Parties executed an Amended Stipulation of Settlement, attached hereto as Exhibit 1.

WHEREAS, a redline compare tracking the differences between the Amended Stipulation of Settlement and the original Stipulation of Settlement submitted to the Court on August 19, 2025, is attached hereto as Exhibit 1-A.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, as follows:

1. The Amended Stipulation of Settlement, attached hereto as Exhibit 1, shall be the operative Stipulation of Settlement in this action; and

2. The Parties jointly request that the Court enter the [Amended Proposed] Preliminary approval Order, attached hereto as Exhibit 2.

| | |
|---|---|
| Dated: December 1, 2025 | Respectfully submitted, |
| **KESSLER TOPAZ**<br>   **MELTZER & CHECK, LLP** | **CROWELL & MORING LLP** |
| By: /s/ *Tyler S. Graden*<br>   Joseph H. Meltzer (appearance *pro hac vice*)<br>   jmeltzer@ktmc.com<br>   Melissa L. Yeates (appearance *pro hac vice*)<br>   myeates@ktmc.com<br>   Tyler S. Graden (appearance *pro hac vice*)<br>   tgraden@ktmc.com<br>   Jordan E. Jacobson (Bar No. 302543)<br>   jjacobson@ktmc.com<br>   280 King of Prussia Road<br>   Radnor, PA 19087<br>   Telephone: (610) 667-7706<br>   Facsimile: (610) 667-7056 | By: /s/ *Kristin J. Madigan*<br>Kristin J. Madigan<br>KMadigan@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile:  415.986.2827<br><br>**CROWELL & MORING LLP**<br>Jennie Wang VonCannon (SBN 233392)<br>JVonCannon@crowell.com<br>515 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>Telephone: 213.622.4750<br>Facsimile:  213.622.2690 |
| -and-<br><br>**KESSLER TOPAZ**<br>   **MELTZER & CHECK, LLP**<br>   Jennifer L. Joost (Bar No. 296164)<br>   jjoost@ktmc.com<br>   One Sansome Street, Suite 1850<br>   San Francisco, CA 94104<br>   Telephone: (415) 400-3000<br>   Facsimile: (415) 400-3001<br><br>-and-<br><br>**CARELLA, BYRNE, CECCHI,**<br>**BRODY & AGNELLO, P.C.**<br>   James E. Cecchi (appearance *pro hac vice*)<br>   jcecchi@carellabyrne.com<br>   Michael A. Innes (*pro hac vice* forthcoming)<br>   minnes@carellabyrne.com<br>   Kevin G. Cooper (appearance *pro hac vice*)<br>   kcooper@carellabyrne.com<br>   5 Becker Farm Road<br>   Roseland, New Jersey 07068 | **CROWELL & MORING LLP**<br>Jeffrey L. Poston (appearance *pro hac vice*)<br>JPoston@crowell.com<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: 202.624.2500<br>Facsimile:  202.628.5116<br><br>*Attorneys for Defendants*<br>*Kaiser Foundation Health Plan, Inc.*<br>*Kaiser Foundation Hospitals, and*<br>*Kaiser Foundation Health Plan of Washington* |

Telephone: (973) 994-1700
Facsimile: (973) 994-1744

-and-

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*

**LAW OFFICES OF ROBERT MACKEY**
Robert Mackey, Cal Bar No. 125961
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

**MIGLIACCIO & RATHOD LLP**
Jason S. Rathod (*pro hac vice* forthcoming)
jrathod@classlawdc.com
412 H Street NE, No. 302
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*

## **ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all signatories.

DATED:  December 1, 2025         */s/ Tyler S. Graden*
                                  Tyler S. Graden