Case 3:23-cv-02865-EMC   Document 392   Filed 12/02/25   Page 1 of 4


**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the proposed Classes*
(*Additional Attorneys Listed on Signature Page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | Lead Case No. 3:23-cv-02865-EMC<br><br>**JOINT STIPULATION RE: AMENDED APPENDICES TO AMENDED STIPULATION OF SETTLEMENT AND [AMENDED PROPOSED] PRELIMINARY APPROVAL ORDER**<br><br>District Judge:   Hon. Edward M. Chen<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Consolidated Complaint Filed:   Dec. 6, 2024<br>Trial Date:                                  Jan. 25, 2027 |

1  Pursuant to Local Rule 7-12, Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane
2  Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter ("Plaintiffs") and Defendants Kaiser Foundation
3  Health Plan, Inc., Kaiser Foundation Hospitals, the Permanente Medical Group, Inc., and Kaiser
4  Foundation Health Plan of Washington (collectively, "Kaiser") (together, the "Parties"), by and
5  through their undersigned counsel, hereby stipulate the following:

6  WHEREAS, on December 1, 2025, the Parties filed a Joint Stipulation re: Amended
7  Stipulation of Settlement and [Amended Proposed] Preliminary Approval Order ("Joint Stipulation")
8  in the above captioned action [ECF No.390];

9  WHEREAS, in the Joint Stipulation, the Parties submitted an Amended Stipulation of
10 Settlement and [Amended Proposed] Preliminary Approval Order that each include appendices
11 ("Appendices") identifying certain Kaiser Permanente Members who are excluded from the
12 Settlement Class [*see* ECF No. 390-1 at 90-91; ECF No. 390-3 at 15-16];

13 WHEREAS, on December 2, 2025, counsel for certain Objectors requested that certain
14 language in the Appendices be removed for clarification;

15 WHEREAS, the Parties have agreed to amend the Appendices, as attached hereto as Exhibit
16 1 ("Amended Appendices");

17 WHEREAS, a redline compare tracking the differences between the Appendices and the
18 Amended Appendices is attached hereto as Exhibit 1-A.

19 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, as
20 follows:

21  1. The Amended Appendices, attached hereto as Exhibit 1, shall be the operative
22     appendices to the Amended Stipulation of Settlement; and
23  2. The Parties jointly request that the Court enter the [Amended Proposed] Preliminary
24     approval Order, attached hereto as Exhibit 2, which now includes the Amended
25     Appendices.

| | | |
|---|---|---|
| 1 | Dated: December 2, 2025 | Respectfully submitted, |

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

By: */s/ Tyler S Graden*
  Joseph H. Meltzer (appearance *pro hac vice*)
  jmeltzer@ktmc.com
  Melissa L. Yeates (appearance *pro hac vice*)
  myeates@ktmc.com
  Tyler S. Graden (appearance *pro hac vice*)
  tgraden@ktmc.com
  Jordan E. Jacobson (Bar No. 302543)
  jjacobson@ktmc.com
  280 King of Prussia Road
  Radnor, PA 19087
  Telephone: (610) 667-7706
  Facsimile: (610) 667-7056

-and-

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Michael A. Innes (*pro hac vice* forthcoming)
minnes@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

-and-

**CARELLA, BYRNE, CECCHI, BRODY &**
**AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*

---

**CROWELL & MORING LLP**

By: */s/ Kristin J. Madigan*
Kristin J. Madigan
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

**CROWELL & MORING LLP**
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

**CROWELL & MORING LLP**
Jeffrey L. Poston (appearance *pro hac vice*)
JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants*
*Kaiser Foundation Health Plan, Inc.*
*Kaiser Foundation Hospitals, and*
*Kaiser Foundation Health Plan of Washington*

**LAW OFFICES OF ROBERT MACKEY**
Robert Mackey, Cal Bar No. 125961
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

**MIGLIACCIO & RATHOD LLP**
Jason S. Rathod (*pro hac vice* forthcoming)
jrathod@classlawdc.com
412 H Street NE, No. 302
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*

## <u>ATTESTATION</u>

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all signatories.

DATED:  December 2, 2025          */s/ Tyler S. Graden*
                                   Tyler S. Graden