CROWELL & MORING LLP
Kristin J. Madigan (SBN 233436)
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CROWELL & MORING LLP
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Jeffrey L. Poston (appearance pro hac vice)
JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT UNDER 28 U.S.C. § 1715**

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

Consolidated Complaint
Filed: December 6, 2024
Trial Date: January 25, 2027

PLEASE BE ADVISED of a proposed class action settlement involving Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter ("Plaintiffs") on one hand and Defendant Kaiser Foundation Health Plan, Inc. on the other hand. As explained further below, Plaintiffs and Defendant (collectively, the "Parties") have entered into a settlement to resolve the class action claims asserted in *Doe, et al. v. Kaiser Foundation Health Plan, Inc., et al.*, Case No. 3:23-cv-02865-EMC, and Kaiser Foundation Health Plan, Inc., is submitting this Notice under the requirements of the Class Action Fairness Act of 2005 ("CAFA"). *See* 28 U.S.C. § 1715.

**Compliance with 28 U.S.C. § 1715(b)**

28 U.S.C. Section 1715(b) lists eight items that must be provided to the appropriate state and federal officials in connection with any proposed class action settlement. Each of these items is addressed below.

1. **28 U.S.C. § 1715(b)(1): Complaint**. A copy of the Consolidated Master Class Action Complaint Class (ECF No. 271) is attached here as **Exhibit 1**.

2. **28 U.S.C. § 1715(b)(2): Notice of Any Scheduled Judicial Hearing**. Plaintiffs' unopposed motion for preliminary approval of class action settlement is set to be heard by the Court on October 23, 2025, at 1:30 p.m. in Courtroom 5 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

3. **28 U.S.C. § 1715(b)(3): Proposed Notification to Class Members**. The proposed notice to be provided to class members is attached as Exhibit B to the Settlement Agreement, which is attached here as **Exhibit 2**.

4. **28 U.S.C. § 1715(b)(4): Proposed Class Action Settlement**. A copy of the Settlement Agreement is attached here as **Exhibit 3**.

5. **28 U.S.C. § 1715(b)(5): Settlement or Other Agreement Between Defendant's Counsel and Class Counsel**. Other than the Settlement Agreement attached here as **Exhibit 3**, there are no other settlements between Class Counsel and counsel for Defendant. The parties have executed concurrently with the Settlement Agreement a confidential supplemental agreement ("Supplemental Agreement") setting forth Defendant's unilateral right to terminate the Settlement

in the event that the number of current or former members of Kaiser Permanente meet the conditions set forth in the Supplemental Agreement and are excluded from the Settlement Class, in accordance with the terms of that agreement. The Supplemental Agreement shall be lodged with the Court for *in camera* review and its terms shall not be disclosed in any other manner (other than the statements herein and in the Notice, to the extent necessary, or as otherwise provided in the Supplemental Agreement) unless the Court otherwise directs.

6. **28 U.S.C. § 1715(b)(6): Final Judgment**. There has been no final judgment or notice of dismissal.

7. **28 U.S.C. § 1715(b)(7)(A): Identification or Reasonable Estimate of Class Members By State**. Based upon the information available to Kaiser Foundation Health Plan, Inc., there are approximately 13.1 million Settlement Class Members, and to the best of Defendant's knowledge those Settlement Class Members reside in the states of California, Colorado, Georgia, Hawaii, Maryland, Oregon, Virginia, Washington, and the District of Columbia. It is not feasible for Defendant to provide the Settlement Class Members' names due to federal and state law protecting Kaiser Permanente members' privacy rights. Defendant estimates that the proportionate share of the claims of the Settlement Class Members is 100%.

8. **28 U.S.C. § 1715(b)(8): Judicial Opinions Related to the Settlement**. A motion for preliminary approval of the settlement was filed on August 19, 2025, with a hearing on the motion scheduled for October 23, 2025. As of the mailing of this notice, no Order has been issued on the motion.

**Timeliness of this Notice**

Under 28 U.S.C. Section 1715(b), Kaiser Foundation Health Plan, Inc. must serve this notice "not later than 10 days after a proposed settlement of a class action is filed in court." 28 U.S.C. § 1715(b). Defendant has complied with this deadline because the proposed settlement was filed in court on August 19, 2025, and this notice is being provided on August 22, 2025.

* * *

Please contact us if you require any additional materials or need any further information.

Dated: August 22, 2025

Respectfully submitted,

CROWELL & MORING LLP

By: ______________________________

Kristin J. Madigan
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CROWELL & MORING LLP
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Jeffrey L. Poston (appearance pro hac vice)
JPoston@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington