**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Interim Co-Lead Class Counsel*
[*Additional Attorneys Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al*., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 3:23-cv-2865-EMC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF KEVIN COOPER IN FURTHER SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOHN DOE III**<br><br>Date: May 7, 2026<br>Time: 1:30 PM<br>Crtrm: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

**DECLARATION OF KEVIN COOPER IN FURTHER SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOHN DOE III**

Kevin Cooper, of full age, hereby declares under penalty of perjury as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), counsel of record for Plaintiffs in the above-captioned action.

2. I respectfully submit this Declaration in further support of the Unopposed Motion to Withdraw as Counsel for Plaintiff John Doe III pursuant to the Court's March 16, 2026 text order (ECF No. 416).

3. On March 17, 2026, I called John Doe III at his last known phone number. John Doe III did not answer, and I left a voicemail informing of the hearing on May 7, 2026 concerning the motion for withdrawal of counsel and stating that should the motion be granted, John Doe III would no longer be considered a class representative, but would be able to participate as a settlement class member. I also left my number and a request to be called back.

4. On March 17, 2026, I caused a letter to be sent to John Doe III's last known address via Federal Express. The letter included a copy of this Court's Order (ECF No. 416), as well as the information necessary to remotely access the Court's hearing on May 7, 2026 by Zoom or telephone. The letter also included that should the motion be granted, John Doe III would be unable to participate in the litigation as a class action representative, but would be able to participate as a member of the settlement class if the settlement is granted final approval and John Doe III had not sought to exclude himself from the settlement class.

5. On March, 17, 2026, I emailed the above referenced correspondence to John Doe III's last known e-mail address.

6. As of today, March 23, 2026 John Doe III has not responded to any of Counsel's recent and ongoing attempts to communicate with him.

Executed this March 23, 2026 at Roseland, New Jersey.

/s/ Kevin G. Cooper

Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

-and-

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

-and-

Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

222 S Riverside Plaza
Chicago, Illinois 06606

*Interim Co-Lead Class Counsel*