**KESSLER TOPAZ MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**SUPPLEMENTAL DECLARATION OF TYLER S. GRADEN IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS**

Judge: Hon. Edward M. Chen
Date: May 7, 2026
Time: 1:30 p.m.
Court: 5

CMC Filed: December 6, 2024
Trial Date: January 25, 2027

I, Tyler S. Graden, hereby declare as follows:

1. I, Tyler S. Graden, am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"). KTMC, together with Carella Byrne Cecchi Brody & Agnello, PC ("Carella Byrne" and, together with KTMC, "Class Counsel"), serve as counsel for Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively, "Plaintiffs") and the proposed Settlement Class ("Settlement Class") in the above-captioned matter ("Action"). I have personal knowledge of the matters set forth herein, based on my active supervision of and participation in the prosecution and resolution of the Action. If called upon to do so, I could and would testify competently thereto.

2. I submit this Declaration in support of Plaintiffs' Reply in Further Support of (I) Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (II) Class Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Service Awards.

3. As represented at Preliminary Approval, the $46 million common-fund recovery could be increased up to $47.5 million if certain conditions set forth in the Parties' Confidential Supplemental Agreement were met. Based on those conditions, Class Counsel currently anticipates that the Settlement will be increased to the maximum amount of $47.5 million. To the extent this changes, Class Counsel and the Settlement Administrator will provide supplemental declarations in advance of the Fairness Hearing.

4. As of March 26, 2026, Class Counsel have responded to at least 873 inquiries regarding the Settlement via email and received over 497 inbound calls.[1]

5. As of March 26, 2026, a total of eleven (11) objections have been received outside of the Court-ordered procedure for submitting an objection in the Action ("Informal Objections"). The Informal Objections are attached to this Declaration as **Exhibits A through K**.

6. From October 1, 2025 to February 28, 2026, Class Counsel have expended an additional 547.40 hours, or $518,189.50, on this matter.

---

[1] I have been advised of the total number of emails and phone calls received by Carella Byrne and the numbers in Paragraph 4 reflect combined numbers from both firms.

7. Finally, after considering the objection filed at ECF No. 409, the Parties have agreed to include a second potential *cy pres* recipient with a focus on data privacy: the Privacy Rights Clearinghouse. As a recipient of many privacy-related *cy pres* awards, the Privacy Rights Clearinghouse "use[s] funding from *cy pres* awards to educate people about their privacy rights and choices, research emerging consumer privacy issues, create and improve research tools like our Data Breach Chronology and our Data Broker Database, and weigh in on policy proceedings with a consumer rights perspective."[2]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2026.

By: */s/ Tyler S. Graden*
Tyler S. Graden

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*Counsel for Plaintiffs and the proposed Settlement Class*

[2] *Cy Pres Awards*, Privacy Rights Clearinghouse, https://privacyrights.org/cypres (last visited Apr. 2, 2026).