CROWELL & MORING LLP
Kristin J. Madigan (SBN 233436)
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CROWELL & MORING LLP
Jennie Wang VonCannon (SBN 233392)
JVonCannon@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Jeffrey L. Poston (appearance *pro hac vice*)
JPoston@crowell.com
600 Fifth Street NW
Washington, DC 20001
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

Case No. 3:23-cv-02865-EMC

**DECLARATION OF JEFFREY L. POSTON IN SUPPORT OF DEFENDANT'S OPPOSITION TO BRYSON OPT OUTS' MOTION TO AMEND FINAL APPROVAL ORDER**

Date: September 11, 2026
Time: 9:00 a.m.
Ctrm.: 5, 17th Floor
District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

Consolidated Complaint
Filed: December 6, 2024
Trial Date: January 25, 2027

I, Jeffrey L. Poston, declare and state as follows:

1. I am a partner at the law firm of Crowell & Moring LLP and am counsel of record for Defendant Kaiser Foundation Health Plan, Inc. ("Kaiser Permanente" or "Defendant").[1] I make this declaration in support of Kaiser Foundation Health Plan, Inc.'s Opposition to Bryson Opt Outs' Motion to Amend Final Approval Order (ECF No. 463). I make this declaration based on my personal knowledge and, if called, would testify to the facts stated.

2. A true and correct copy of transcript excerpts of the Fairness Hearing, dated May 7, 2026 is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24 day of August, 2026, in Washington, D.C.

Jeffrey L. Poston (appearance *pro hac vice*)

[1] The parties have stipulated to dismiss Defendants Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan of Washington, in connection with settlement approval. ECF No. 347.