**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, AND JANE DOE V, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC.,

Defendant.

Case No. 3:23-cv-02865-EMC

**[PROPOSED] ORDER GRANTING BRYSON OPT OUTS' MOTION TO AMEND FINAL APPROVAL ORDER**

Hon. Edward M. Chen

Having considered the parties' submissions, the record, and the applicable law, the Court **GRANTS** Bryson Opt Outs' Motion to Amend the Final Approval Order and **AMENDS** the Final Approval Order (ECF No. 454) to remove from the Settlement Class the 1,031 Bryson Opt Outs who also filed claims with the Settlement Administrator.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE