**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the proposed Classes*
(*Additional Attorneys Listed on Signature Page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, JOHN DOE II, JOHN DOE III, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, and ALEXIS SUTTER, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,

Defendants.

**Lead Case No. 3:23-cv-02865-EMC**

**STATUS REPORT**

District Judge: Hon. Edward M. Chen
Magistrate Judge: Hon. Peter H. Kang

Plaintiffs John Doe, John Doe II, Jane Doe, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, and Alexis Sutter (collectively, the "Plaintiffs") respectfully submit this Status Report to advise the Court of forthcoming updates pertaining to the post-distribution accounting of Settlement proceeds in the above-captioned Action.

The Settlement Administrator anticipates distributing Settlement payments to Authorized Claimants in early November 2026 (the "Distribution Date"). Pursuant to the Plan of Allocation (ECF No. 345-4 at 88-90), checks issued to Authorized Claimants will remain negotiable for one hundred and twenty (120) calendar days from their date of issue (the "Void Date"), such that the check-negotiation period is anticipated to close in March 2027. Checks that are not negotiated by the Void Date shall not be reissued unless otherwise ordered by the Court. All checks that are returned, undeliverable, or not cashed by the Void Date shall revert to the Net Settlement Fund.

Following the Void Date, any amount remaining in the Net Settlement Fund following the initial distribution to Authorized Claimants will be redistributed to Authorized Claimants on a pro-rata basis if a redistribution is determined to be cost effective by Class Counsel in consultation with the Settlement Administrator. Residual amounts that remain in the Net Settlement Fund as unclaimed following redistribution(s) (if redistribution(s) are determined to be cost effective) shall be contributed to the Court-approved *cy pres* recipient: Institute for Public Health Innovation.

In accordance with the Northern District of California's Procedural Guidance for Class Action Settlements, Plaintiffs anticipate filing the Post-Distribution Accounting no later than twenty-one (21) days thereafter. If there is no redistribution, the Post-Distribution Accounting should be submitted to the Court during or before April 2027.

DATED: September 21, 2026

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: */s/ Kevin G. Cooper*

James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700

Facsimile: (973)-994-1744

-and-

**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
Zachary Jacobs (appearance *pro hac vice*)
zjacobs@carellabyrne.com
222 S Riverside Plaza
Chicago, Illinois 06606

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and–

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and–

*Interim Co-Lead Class Counsel*

Robert Mackey, Cal Bar No. 125961
**LAW OFFICES OF ROBERT MACKEY**
bobmackeyesq@aol.com
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110

Jason S. Rathod
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Telephone: (202) 470-3520

*Additional Counsel for Plaintiff Alexis Sutter*